| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
JAB Energy Solutions II, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
45-2723625

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 19221 I-45 South<br>Suite 324<br>Shenandoah, TX 77385<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Montgomery<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
www.jabenergysolutions.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **JAB Energy Solutions II, LLC**  Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**2111**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor **JAB Energy Solutions II, LLC**        Case number (*if known*) _____
      Name

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | JAB Energy Solutions II, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 7, 2021**
MM / DD / YYYY

**X** **/s/ Albert Altro**                                       **Albert Altro**
Signature of authorized representative of debtor          Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Laura Davis Jones**                                  Date **September 7, 2021**
Signature of attorney for debtor                                    MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-652-4100**     Email address  **ljones@pszjlaw.com**

**2436 DE**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

## RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY
## BY THE MEMBER OF
## JAB ENERGY SOLUTIONS II, LLC

The undersigned member ("**Managing Member**") of JAB ENERGY SOLUTIONS II, LLC, a Delaware limited liability company ("**Company**"), acting pursuant to the Delaware Limited Liability Company Act and the Limited Liability Company Agreement ("**Operating Agreement**") of the Company hereby adopts the following resolutions:

**WHEREAS**, the Company is unable to satisfy its current financial obligations to its creditors and Managing Member having received, considered, and had discussions with counsel; and

**WHEREAS**, it appearing in the business judgment of the Managing Member that it is in the best interest of the Company and its creditors to file a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code ("**Bankruptcy Code**"); it is hereby

**RESOLVED**, that the Company initiate a case ("**Case**") under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court District of Delaware; and it is further

**RESOLVED**, that the Company shall employ and retain Pachulski Stang Ziehl & Jones LLP as bankruptcy counsel for the Company, and Albert Altro as Chief Restructuring Officer ("**CRO**"); and it is further

**RESOLVED**, that Albert Altro, as CRO, or such other person as the Managing Member shall authorize, is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary or appropriate, including any financing facilities, to commence and prosecute a case under the Bankruptcy Code ("**Instruments**") on behalf of the Company and to sign and execute any such Instruments and such other documents as may be required from time to time to manage the Case; and it is further

**RESOLVED**, that the CRO and other officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Case, with a view to the successful prosecution of such Case; and it is further

**RESOLVED**, that in connection with the commencement of the Case, the Authorized Officers be and hereby are, authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute and deliver a cash collateral arrangement and/or debtor-in-possession loan facility and the related guarantees thereto (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates; and it is further

**RESOLVED**, that the actions of the CRO shall at all times be in accordance with the Operating Agreement of the Company and any amendments thereto.

**IN WITNESS WHEREOF**, the undersigned Managing Member has executed this consent as of September 6, 2021.

**ALLISON MARINE HOLDINGS, LLC,**
**MANAGING MEMBER:**

_____
Henry (Hank) L. Robards, Jr.
Vice President

P&H - 394021.1 :12588/008

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JAB Energy Solutions II, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Corporate Ownership Statement, List of Equity Security Holders, Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 7, 2021**      X **/s/ Albert Altro**
Signature of individual signing on behalf of debtor

**Albert Altro**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: JAB Energy Solutions II, LLC

United States Bankruptcy Court for the District of Delaware (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/19

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Turnkey Offshore Project Services, LLC<br>PO Box 5041<br>Houma, Louisiana 70361 | Kristie Izaguirre<br>Tel: 985-563-7801<br>Email: ar@oesinc.com;<br>george@gnalley.com | Judgment | Unliquidated Disputed | | | $8,279,542.47 |
| 2. | Offshore Domestic Group<br>PO BOX 54970<br>New Orleans, LA 40154 | C. Larry Carbo, III (counsel)<br>Tel: 713-658-1818<br>Email: larry.carbo@chamberlainlaw.com | Litigation | Unliquidated Disputed | | | $3,558,480.93 |
| 3. | Texas Parks and Wildlife Department Artificial Reef Program<br>4200 Smith School Rd<br>Austin TX 78744 | Dale Shively<br>Tel: 512-389-4686<br>Email: Dale.shively@tpwd.texas.gov | Trade Debt | | | | $878,243.00 |
| 4. | HB Rentals, LC<br>PO Box 208643<br>Dallas, TX 75320-8643 | Tami Beauex<br>Tel: 337-839-1641 Ext2829<br>Email: jills@hbrental.com | Trade Debt | Unliquidated Disputed | | | $730,415.29 |
| 5. | Crosby Tugs, LLC<br>P.O. Box 279<br>Golden Meadow, LA 70357 | T. Breaux<br>Tel: 985-632-7575<br>Email: tbreaux@crosbytugs.com | Trade Debt | | | | $553,330.40 |

DOCS_DE:235961.1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6. Offshore Technical Compliance, LLC<br>1598 Ochsner Blvd<br>Suite A<br>Covington, LA 70433 | Misty Laviolette<br>Tel: 985-727-7400<br>Email: amy@offshoretechnical.com;<br>martin@bohmanmorse.com | Litigation | Unliquidated Disputed | | | $534,478.55 |
| 7. Sparrows Offshore LLC<br>Dept - 3628<br>PO Box 123628<br>Dallas, TX 75312-3628 | Guy Mirro<br>Tel: 713-896-0002<br>Email: us@sparrowsgroup.com | Trade Debt | | | | $416,025.00 |
| 8. C-Dive, LLC<br>PO Box 2968<br>Houma, LA 70361 | Guy Broussard<br>Tel:<br>Email: stassi@carverdarden.com | Litigation | Unliquidated Disputed | | | $352,838.00 |
| 9. US Dept. of Commerce - NOAA<br>Attn: Farron Wallace<br>4700 Avenue U<br>Galveston, Texas 77551 | Patrick Somers<br>Tel: 301-444-2144<br>Email: megan.kesterson@noaa.gov | Trade Debt | | | | $240,739.00 |
| 10 Demex International Inc.<br>7144 Dummyline Road<br>Picayune, MS 39466 | Gary DeMarsh<br>Tel: 228-255-7584<br>Email: gary@demex.us | Trade Debt | Unliquidated | | | $219,698.00 |
| 11 Harvey Gulf International<br>701 Poydras St.<br>Ste. 3700<br>New Orleans, LA 70139 | Benjamin Kadden<br>Tel: (504) 348-2466<br>Email: patrick.comers@harveygulf.com | Trade Debt | Unliquidated | | | $144,949.40 |
| 12 DLS, LLC<br>701 Robley Drive<br>Suite 104<br>Lafayette, LA 70503 | Scott McPherson<br>Tel: 337-924-7444/Billing<br>Email: misty@dls-energy.com | Trade Debt | Unliquidated | | | $105,933.52 |
| 13 Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>601 Poydras St<br>Suite 2775<br>New Orleans, LA 70130 | Charlette Petkovich<br>Tel: 504-568-1990<br>Email: bkadden@lawla.com | Professional Services | | | | $88,405.71 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | River Rental Tools Inc  109 Derrick Road  Belle Chasse, LA 70037 | J. Cline  Tel: (504) 392-9775  Email: jcline@rrtmax.com | Trade Debt | Unliquidated | | | $76,589.75 |
| 15 | SNOW & GREEN LLP  PO Box 549  Hockley, TX 77447 | Amy Porche; Martin Bohman (counsel - 504-930-4022)  Tel: 713-335-4800  Email: ken@snow-green.com | Professional Services | | | | $49,083.55 |
| 16 | Specialty Offshore, Inc.  PO Box 2853  Hammond, LA 70404 | Jessica Cline  Tel: 985-542-8770  Email: mletellier@sdive.com | Trade Debt | | | | $47,366.85 |
| 17 | Ten-M Marine LLC  4808 Coulon St  Lafitte, LA 70067 | Morgan Perrin  Tel: (504) 416-8392  Email: mike@madmaxmarine.com | Trade Debt | Unliquidated | | | $45,000.00 |
| 18 | GOL, LLC  P.O. Box 309  Raceland, LA 70394 | Ken Green  Tel: 985-532-1060  Email: guj@gulf-log.com | Trade Debt | | | | $37,765.06 |
| 19 | Blackwater Diving LLC  PO Box 948  Amelia, LA 70340 | Kevin Lorio  Tel: 985-631-3770  Email: kristiei@blackwaterdiv.com | Trade Debt | | | | $25,718.00 |
| 20 | McDonough Marine Service  PO Box 919227  Dallas, TX 75391 | Mike Perrin - 504-908-2800  Tel: 504-780-8100  Email: cpetkovich@mcdonoughmarine.com | Trade Debt | | | | $4,625.00 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JAB ENERGY SOLUTIONS II, LLC<br><br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 21-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

    Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐None [*check if applicable*]

  Name:  Allison Marine Holdings, LLC
  Address: 19221 I-45 South
       Suite 324
       Shenandoah, TX 77385

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JAB ENERGY SOLUTIONS II, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 21-_____ (___) |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Number of Securities | Kind of Interest |
|---|---|---|
| Allison Marine Holdings, LLC<br>19221 I-45 South<br>Suite 324<br>Shenandoah, TX 77385 | 100% | Units |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JAB ENERGY SOLUTIONS II, LLC | Case No. 21-_____ (___) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and debtor in possession (the "Debtor")[1] hereby certifies that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtor's creditors. To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

---

[1] The last four digits of the Debtor's taxpayer identification number are (3625).

DOCS_DE:235961.1