Acadiana Valve Services & Supply, LLC
3670 Underwood
LaPorte, TX 77571


Acme Truck Line Inc
Msc-410683
P O Box 415000
Nashville, TN 37241


Advanced Office Products
620 Romero Street
Lake Charles, LA 70607


adWhite
33300 Egypt Lane
STE. F300
Magnolia, TX 77354


Aflac
Legal Dept
1932 Wynnton Road
Columbus, GA 31999


AJ Rentals Workdog (Andy Kulka)
DBA AJ Rentals Workdog Inc.
405 Rue Carnot
Carencro, LA 70520


Alan Vando
REDACTED

Aldine I.S.D.
P.O. Box 203989
Houston, TX 77216

ALLIANCE OVERNIGHT DOCUMENT SERVICE
400 Poydras Street
Suite 1480
New Orleans, LA 70130

Alpha Rentals LLC
PO Box 1470
Broussard, LA 70518

American Eagle
PO Box 896829
Charlotte, NC 28289

American Express
P. O. Box 650448
Dallas, TX 75265

American Recovery, LLC
16201 East Main Street
Cut Off, LA 70345

Anchor Marine & Industrial Supply, Inc.
PO Box 58645
Houston, TX 77258

Ann Harris Bennett
Tax Assessor-Collector

P.O. Box 4622
Houston, TX 77210


Aqua-Tech Solutions, LLC
115 Nova Dr
Broussard, LA 70518


ARO Solutions, LLC
14825 St. Mary's Lane
Suite 102
Houston, TX 77079


Arthur J. Gallagher
Risk Management Services, Inc.
PO Box 532143
Atlanta, GA 30353


Ashtead Technology Offshore, Inc.
14825 North West Freeway
Suite 900
Houston, TX 77040


AT&T
P.O. Box 105262
Atlanta, GA 30348


Becky Sandlin
REDACTED


Becnel Rental Tools LLC
340 Technology Lane
Gray, LA 70359

Blackwater Diving LLC
112 Forrest Rd
Morgan City, LA 70380


Blue Cross of Louisiana
P.O. Box 261798
Baton Rouge, LA 70826


Brent Boudreaux
REDACTED


BS&G Rentals LLC
P O Box 545
Broussard, LA 70518


Capital One Corporate Card
201 St. Charles Avenue, 29Th Floor
New Orleans, LA 70170


Castlegate Credit Opportunity Fund, LLC
C/O Lincolnshire, 40th Floor
New York, NY 10017


C-Dive, LLC
1011 Saadi St
Houma, LA 70363

Chet Morrison Contractors LLC
P O Box 3301
Houma, LA 70361


Clean Gulf Associates, Inc
Dept. #368
PO Box 4869
Houston, TX 77210


Community Coffee
P.O. Box 679510
Dallas, TX 75267


Corporation Service Company
CSC
PO Box 13397
Philadelphia, PA 19101


CP2 Realty Holdings
1535 West Loop South
Suite 450
Houston, TX 77027


C-Port Stone
16201 East Main St
Cut Off, LA 70345


Craig Griffith
REDACTED

Crosby Tugs, LLC
17751 LA-3235
 Galliano, LA 70354


CUDD Pressure Control Inc
CUDD Energy Services
PO Box 203379
Dallas, TX 75320


Dan Strickland
dba Logistics Dispatch Management
P.O. Box 1166
Lynn Haven, FL 32444


Delaware Secretary of State
P.O. Box 5509
Binghamton, NY 13902


Delta Rigging & Tools
102 Nova Dr
Broussard, LA 70518


Demex International Inc.
7144 Dummyline Road
Picayune, MS 39466


Disa Inc.
Dept 3731
Po Box 123731
Dallas, TX 75312

Dishman & Bennett Specialty Co, Inc.
PO Box 287
Houma, LA 70361


DLS, LLC
701 Robley Drive
Suite 104
Lafayette, LA 70503


Double L Ranch & Wildlife Feed
3225 Junction Hwy
Ingram, TX 78025


DTN, LLC
26385 Network Place
Chicago, IL 60673


Eagle Oilfield Inspection Service, Inc.
P.O. Box 695
Broussard, LA 70518


Eaton Oil Tools, Inc
P. O. Box 1050
Broussard, LA 70518


Ecoserv, LLC
9525 US Highway 167
Abbeville, LA 70510


Encore Food Services  L.L.C.
P.O. Box 4193
Houma, LA 70361

Engineering Corporation of Louisiana
PO Box 51944
Lafayette, LA 70505


Epic Companies LLC
PO Box 840822
Dallas, Tx 75284


EPIC Software Group
701 Sawdust Road
Spring, TX 77380


Extreme Energy Services
1016 QCP Park Dr
Broussard, LA 70518


Fab-Con, Inc.
PO Box 520
Gonzales, LA 70707


FDF Energy Services, LLC
PO Box 677438
Dallas, Tx 75267


Federal Express
P.O. Box 94515
Palatine, IL 60094

Fire & Safety Specialists
P.O. Box 60639
Lafayette, LA 70596


Focus Safety Services  L.L.C.
Po Box 52896
Lafayette, LA 70505


Forefront Emergency Management, LP
2802 Flintrock Trace
Suite B104
Lakeway, TX 78738


Fugro USA Marine, Inc.
PO Box 301114
Dallas, TX 75303


Gage Lange
REDACTED


Garmark SBIC Fund II LP
One Landmark Square, Suite 600
Stanford, CT 06901


GOL, LLC
4535 Highway 308
Raceland, LA 70394


Guardian Insurance Company
Appleton
P O Box 677458
Dallas, TX 75267

Gulf Coast Business Credit
For Acct of EPS Logistics Company
PO Box 731152
Dallas, TX 75373


H & H Well Service, Inc
PO Box 9439
New Iberia, LA 70562


Harvey Gulf International
701 Poydras St.
Ste. 3700
New Orleans, LA 70139


HB Rentals, LC
5813 Highway 90 East
Broussard, LA 70518


Hertz Lake Charles One LLC
One Lakeshore Drive
Suite 560
Lake Charles, LA 70629


Highlander Hot Shot Service
PO Box 2514
Edinburg, TX 78540


Holloway Houston Inc.
5833 Armour Drive
Houston, TX 77020

Homegrown Energy - McBryde, LP
PO Box 290207
Kerrville, TX 78029


IHS Global Inc.
P.O. Box 847193
Dallas, TX 75284


Impact Selector International
6740 Horizon Road
Heath, TX 75032


INST & ELEC TECHNOLOGIES
600 Saint Etienne Road
Broussard, LA 70518


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


International Construction Equipment, Inc
PO Box 402494
Atlanta, GA 30384


Iron Mountain
P. O. Box 915004
Dallas, TX 75391

ISN Software Corporation
P O Box 841808
Dallas, TX 75284


Jason Johnston
REDACTED


Jim Alexander
REDACTED


Jody Lange
REDACTED


John W. Stone Oil Distributor, LLC
Dept. 322
P.O. Box 4869
Houston, TX 77210


Johnny Boudreaux
REDACTED


Joseph Begnaud
REDACTED


Josh Towns
REDACTED


Keith Hotard
30 Morning Arbor Place
The Woodlands, TX 77381

Kentwoo
PO Box 1669
Kenner, LA 70063


Kentwood Spring Water
P.O. Box  660579
Dallas, TX 75266


LAY, PITMAN & ASSOCIATES, INC
2300 Marsh Point Road
#303
Neptune Beach, FL 32266


Lexco Data Systems L.P.
Po Box 692372
Houston, TX 77269


Loretta Greenleaf
REDACTED


Louisiana Department of Natural Resources
PO Box 44277
Baton Rouge, LA 70804


Louisiana Dept of Wildlife & Fisheries
Conservation Fund
2000 Quail Dr
Baton Rouge, LA 70808

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St
Suite 2775
New Orleans, LA 70130


Mackey Lange
REDACTED


Madere Fleeting Services, LLC
PO Box 850
Belle Chasse, LA 70037


MadMax Marine, LLC
Lisa Perrin
5083 Shell Rd
Lafitte, LA 70067


Magnum Mud Equipment Co Inc
P.O. Box 4258
Houma, LA 70361


Manson Construction Co
PO Box 2917
Houma, LA 70361


Mark Deroche
REDACTED


Martin Energy Services LLC
Three Riverway
Ste 400
Houston, TX 77056

McDonough Marine Service
3500 North Causeway Blvd
Ste 900
Metairie, LA 70002


Miles Thomas Law, LLC
8011 Sycamore Street
New Orleans, LA 70118


Nepavision Web LLC
701 Sawdust Rd
The Woodlands, TX 77380


Newlin Rentals-Repair & Supplies Inc.
2200 Elm St
Morgan City, LA 70380


Oceaneering International Inc.
PO Box 731943
Dallas, TX 75373


Office Depot-Houston
P.O. Box 660113
Dallas, TX 75266


Offshore Liftboats LLC
P.O. Box 398
Cut Off, LA 70345

Offshore Marine Contractors, Inc.
133 West 113th Street
Cut Off, LA 70345


Offshore Specialty Fabricators Inc.
115 Menard Rd
Houma, LA 70363


Offshore Technical Compliance, LLC
1598 Ochsner Blvd
Suite A
Covington, LA 70433


Offshore Technical Solutions
690 South Hollywood Road
Houma, LA 70360


Oil States Skagit Smatco LLC
P O Box 54983
New Orleans, LA 70154


Parkway Communications
819 Commons Lake Edge Dr.
Huffman, TX 77336


Patriot Group
5000 Terminal St
Bellaire, TX 77401


PEC Safety
Attn:  Veriforce
300 Holiday Square

Ste 200
Covington, LA 70433


Peregrine Oil & Gas LP
675 Bering Drive
Suite 620
Houston, TX 77057


Piling, Inc.
210 21st Street South
Texas City, TX 77590


Pioneer Coiled Tubing Services, LLC
PO Box 203674
Dallas, TX 75320


Power Torque Services LLC
PO Box 539
Bourg, LA 70343


Premier Tugs, LLC
PO Box 13707
New Iberia, LA 70562


Premium Oilfield Services, LLC
PO Box 203763
Dallas, TX 75320


Proserv Operations Inc.
PO Box 204311
Dallas, TX 75320

PSC Industrial Holdings, Corp.
PSC Industrial Outsourcing, LP
PO Box 952304
Dallas, TX 75395


QUIKRETE Holdings, Inc.
The Quikrete Companies, LLC
dba Custom Crete
Atlanta, GA 31193


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101


R360 Environmental Solutions LLC
P.O Box 671766
Dallas, TX 75267


RigNet Inc
PO Box 941629
Houston, TX 77094


River Rental Tools Inc.
109 Derrick Road
Belle Chasse, LA 70037


Robert Rieck
REDACTED

Rodger Williamson
REDACTED


RP Southwood, LP
Moody Rambin Interests
1455 West Loop S. Ste 700
Houston, TX 77027


Samuel McInnis
REDACTED


Shore Offshore Services, LLC
PO Box 1159
Amelia, TX 70340


Sidd & Associates, LLC
9234 Edgeloch Dr.
Spring, TX 77379


Smyser Kaplan & Veselka, LLP
700 Louisiana
Ste 2300
Houston, TX 77002


SNOW & GREEN LLP
22255 Roberts Cemetery Rd
Hockley, TX 77447-9580


Sparrows Offshore LLC
6707 Northwinds Drive
Houston, TX 77041

Specialty Offshore, Inc.
24358 Gliderport Rd
Loranger, LA 70446


Stansbury & Associates LLC
PO Box 1673
Morgan City, LA 70381


Star Measurement
PO Box 61704
Lafayette, LA 70596


StormGeo, Inc.
Dept 3728
PO Box 123728
Dallas, TX 75312


Stranco Rental LLC
Po Box 10158
Houma, LA 70363


Tammy J. McRae, PCAC
Tax Assessor-Collector
Montgomery County
400 N. San Jacinto St.
Conroe, TX 77301


Team Industrial Services, Inc.
P.O. Box 842233
Dallas, TX 75284

Technology Professionals LLC
P.O. Box 4175
Houma, LA 70361


Ten-M Marine LLC
4808 Coulon St
Lafitte, LA 70067


Tetra Applied Technologies
P.O. Box 841185
Dallas, TX 75284


Texas Artificial Reef Fund
Texas Parks & Wildlife Department
c/o Artificial Reef Fund
4200 Smith School Rd
Austin, TX 78744


The Hartford-Priority Accounts
Group Benefits Division
P.O. Box 8500-3690
Philadelphia, PA 19178


The Spirit Golf Association
2441 High Timbers
Suite 430
The Woodlands, TX 77380


The Strong Firm P.C.
Hughes Landing Two
1790 Hughes Landing Blvd.
Suite 200
The Woodlands, TX 77380

Thomas Tools
PO Box 732868
Dallas, TX 75373


Tiger Offshore Rentals, LLC
PO Box 733252
Dallas, TX 75373


Tigress Environmental & Dockside Svs
320 Jacqulyn Street
Abbeville, LA 70510


Todd A. Hubble
2706 Bethel Mills Ct.
Katy, TX 77494


Tom R Bode
REDACTED


Tommy Johnson
REDACTED


Tom's Marine & Salvage, LLC
3008 Jean Lafitte Blvd
Lafitte, LA 70067


Tony Mancuso
Sheriff & Tax Collector

PO Box 1450
Lake Charles, LA 70602-1450


Trent Mitchell
REDACTED


Trussco
4500 NE Evangeline Thruway
Carencro, LA 70520


Turnkey Offshore Project Services, LLC
8506 Shrimpers Row
Dulac, LA 70353


United Vision Logistics
P.O. Box 975357
Dallas, TX 75397


US Aqua Services, LLC
PO Box 10087
New Iberia, LA 70562


US Dept. of Commerce - NOAA
Attn:  Farron Wallace
4700 Avenue U
Galveston, TX 77551


Veriforce
300 Holiday Square Blvd
Suite 100
Covington, LA 70433

Versabar Inc.
1111 Engineers Road
Belle Chasse, LA 70037


War Horse Fishing & Rental Tools Inc.
2049 Flour Bluff Dr.
Corpus Christi, TX 78418


Weather Decision Technologies, Inc.
Box 325
Norman, OK 73070


Wells Fargo Bank, National Association, as Administrative Agent
1700 Lincoln Street, 3rd Flr.
MAC C7300-033
Denver, CO 80203


West Side Calhoun County Navigation District
PO Box 189
Seadrift, TX 77983


West Wind Helicopters Inc.
P.O. Box 929
Santa Fe, LA 77517


Wet Tech Energy, Inc.
PO Box 310
Milton, LA 70558

WP Realty LP
dba Whispering Pines Golf Club
1532 Whispering Pines Drive
Trinity, TX 75862