**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** | **CASE NO: 21-11226-CTG** |
| **JAB ENERGY SOLUTIONS II, LLC** | |
| *Debtor* | ---Chapter 11─ |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that H. Kent Aguillard represents DLS, LLC, creditor in the above styled and numbered case. The undersigned attorney hereby enters his appearance pursuant to Bankruptcy Rule 9010(b) and requests that he be added to the official matrix in this case, electronic copies of all notices and pleadings filed in this case or in any adversary proceedings, or if required hard copies of any such notices or pleadings. If provided other than by ECF/PACER any such notices should be addressed as follows:

**H. Kent Aguillard**
**141 S. 6th St.**
**Eunice, Louisiana 70535**

Please take further notice that the foregoing request includes all notices and papers filed in this matter and includes (without limitation) notices of any application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written, electronic, or oral, whether transmitted, conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and the proceedings dealt with therein.

Respectfully submitted,
141 S. 6th Street
Eunice, LA 70535
Ph: 337.457.9331
Fax: 337.457.2917
kent@aguillardlaw.com

*/s/H. Kent Aguillard*
H. Kent Aguillard, LA Bar #2354

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                         CASE NO:   21-11226-CTG
    JAB ENERGY SOLUTIONS II, LLC
      *Debtor*                                          ---Chapter 11─

## CERTIFICATE OF SERVICE

      I, Gina Neumeyer, do hereby certify that a copy of the Notice of Appearance and Request for Notice was served on Laura Davis Jones, 919 N. Market Street, 17th Floor, Wilmington, DE 19801; Timothy Jay Fox, Jr., 844 King Street, Ste. 2207, Lockbox #35, Wilmington, DE 19801; Office of the U.S. Trustee, 844 King Street, Ste. 2207, Lockbox #35, Wilmington, DE 19801; either via U.S. Mail properly posted and addressed or through this Court's CM/ECF system this 13th day of September, 2021.

                                                             */s/ Gina Neumeyer*
                                                             Gina Neumeyer