**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JAB Energy Solutions, II, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11226 (CTG)<br><br>Jointly Administered |

## ORDER SETTING STATUS CONFERENCE

THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM.  BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM. ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING AT THE PROVIDED LINK.  ALL PARTICIPANTS MUST REGISTER USING THEIR FULL NAMES NO LATER THAN **SEPTEMBER 20, 2021 AT 4:00 P.M. ET**.

REGISTRATION LINK:

https://debuscourts.zoomgov.com/meeting/register/vJItdOCupj4iHNSAPF13FpHC0mnLSYTb2VY

The Court will hold a status conference in In re JAB Energy Solutions, II, LLC, on **September 21, 2021, beginning at 11:00 a.m. ET**.  All parties are directed to use the Zoom link above to attend the status conference electronically.  If the case involves adversary proceedings, the Debtor shall promptly send a copy of this Order to counsel for all parties thereto.

SO ORDERED.

Dated:  September 17, 2021

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE