**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| JAB Energy Solutions II, LLC, | : | Case No. 21-11226 (CTG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| -------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **Offshore Domestic Group, LLC**, Attn: Brent Kallop, 1800 Bering Dr. Ste. 825, Houston, TX 77057; Phone: 832-255-1520; E-mail: brent.kallop@offshore-ep.com

2.     **H.B. Rentals, L.C.**, Attn: Jean Paul Overton, 1001 Louisiana St., Ste. 2900, Houston, TX 77002; Phone: 713-654-2200; Fax: 713-654-2205; E-mail: Jeanpaul.overton@superiorenergy.com

3.     **Sparrows Offshore, LLC**, Attn: William Williams, 6707 Northwinds Dr., Houston, TX 77041, Phone: 832-467-7325; E-mail: William.williams@sparrowsgroup.com


                                  ANDREW R. VARA
                                  United States Trustee, Region 3


                                  /s/ *Timothy Fox* for
                                  T. PATRICK TINKER
                                  ASSISTANT UNITED STATES TRUSTEE

DATED: September 24, 2021

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esq., Phone: 302-652-4100; Fax: 302-652-4400