# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JAB Energy Solutions II, LLC[1] | ) Case No. 21-11226 (CTG) |
| | ) |
| Debtor. | ) |
| | ) **Re: Docket Nos. 25, 26 and 27** |

**Telephonic Hearing Date: October 1, 2021, at 9:00 a.m. (ET)**

## NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on September 27, 2021 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtor is continuing to manage their affairs as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that together with the chapter 11 petition, the Debtor also filed the following motions set forth below (collectively, the "First Day Motions"). A hearing to consider the First Day Motions (the "First Day Hearing") will be held on **October 1, 2021, at 9:00 a.m. (Eastern time)**, before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.

**First Day Motions Pertaining to Business Operations**

1. Debtor's Application for Appointment of Stretto as Claims and Noticing Agent [Filed: 9/27/21] (Docket No. 25).

2. Motion of Debtor for Entry of Order (I) Authorizing the Debtor to (A) Pay and Honor Prepetition Compensation, Reimbursable Business Expenses, and Employee Benefit Obligations, and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition; and (II) Granting Related Relief [Filed: 9/27/21] (Docket No. 26).

**DIP Financing Motion**

3. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/27/21] (Docket No. 27).

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions can be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 21-11226 (CTG).

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated: September 28, 2021    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Colin R. Robinson (Bar No. 5524)
Mary F. Caloway (Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       crobinson@pszjlaw.com
       mcaloway@pszjlaw.com

Proposed Counsel to the Debtor and Debtor in Possession