# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JAB Energy Solutions II, LLC[1] | ) ) | Case No. 21-11226 (CTG) |
| Debtor. | ) ) ) | Re: Docket No. 27 |

Hearing date: October 1, 2021 at 9:00 a.m.

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO (A) OBTAIN POSTPETITION FINANCING AND (B) UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDERS, (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 27, 2021, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 27] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtor attached to the DIP Motion the proposed *Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III)*

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.
.

*Modifying the Automatic Stay; (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "Proposed Interim Order").  A copy of the Proposed Interim Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to seek interim approval of the DIP Motion and entry of the Proposed Interim Order in substantially the form attached hereto at a hearing (the "Interim Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 3th Floor, Courtroom No. 7, Wilmington, Delaware 19801, on October 1, 2021, at 9:00 a.m. (Eastern time).  A copy of the DIP Motion may be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 21-11226 (CTG).

**PLEASE TAKE FURTHER NOTICE** that after the Interim Hearing, the Debtor will serve upon you a complete copy of (a) the DIP Motion, (b) any Interim Order entered by the Court at the Interim Hearing, and (c) notice of the final hearing on the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to modify, if necessary, the Proposed Interim Order before or at the Interim Hearing.

| | |
|---|---|
| Dated:  September 28, 2021 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (Bar No. 2436)<br>Colin R. Robinson (Bar No. 5524)<br>Mary F. Caloway (Bar no. 3059<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Tel:     (302) 652-4100<br>Fax:    (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>             crobinson@pszjlaw.com<br>             mcaloway@pszjlaw.com<br><br>*Counsel to the Debtor and Debtor in Possession* |