# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | * | CASE NO. 21-11226-CTG |
| **JAB ENERGY SOLUTIONS II, LLC** | * | |
| | * | **CHAPTER 11** |
| Debtor | * | |
| | * | **JUDGE CRAIG T. GOLDBLATT** |
| * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002(a), (b) and (i), 3017(a), and 9010(a) and (b), C-Dive, L.L.C. hereby provides notice of its appearance herein and requests that the undersigned counsel be placed on the Court's mailing list and email notice list in the captioned matter, and that all notices, orders, judgments, pleadings and other papers, including all such documents in all adversary proceedings be sent to:

>Robert S. Stassi, Esq.
>Peter J. Segrist, Esq.
>David J. Scotton, Esq.
>CARVER, DARDEN, KORETZKY, TESSIER,
>FINN, BLOSSMAN & AREAUX, L.L.C.
>1100 Poydras Street, Suite 3100
>New Orleans, Louisiana 70163-1102
>Telephone: (504) 585-3800
>Facsimile: (504) 585-3801
>Email: stassi@carverdarden.com
>       segrist@carverdarden.com
>       scotton@carverdarden.com

Respectfully submitted:

   /s/ Peter J. Segrist
Robert S. Stassi (LA Bar #25259)
Peter J. Segrist (LA Bar #35314)
David J. Scotton (LA Bar #38889)
CARVER DARDEN KORETZKY TESSIER
FINN BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Facsimile: (504) 585-3801
stassi@carverdarden.com
segrist@carverdarden.com
scotton@carverdarden.com

***Counsel for C-Dive, L.L.C.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance and Request for Notice* has been duly served upon those parties receiving electronic notification via the Court's CM/ECF System on this 29th day of September 2021.

   /s/ Peter J. Segrist
PETER J. SEGRIST

4834-6807-6784, v. 1