| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Lindsey | Johnson | Argonaut Insurance Company | |
| Bradley | Knapp | Energen Resources Corporation | Locke Lord LLP |
| Nicole | Morneault | Debtor | |
| Colin | Robinson | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Mary | Caloway | Debtor | Pachulski Stang Ziehl & Jones LLP |
| George | Henry | Castlegate Credit Opportunities Fund, LLC | |
| Sheryl | Betance | Stretto, Proposed Claims & Noticing Agent | Stretto |
| Jeffrey | Kaplan | BCAS | BCAS |
| Jeffrey | Reisner | Debtor | |
| Benjamin | Kadden | Official Commitee of Unsecured Creditors | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| Paul Joseph | Goodwine | Argonaut Insurance Company | |
| Steve | Pickhardt | Garmark | Garmark |
| Brent | Kallop | Offshore Domestic Group | |
| Maxim | Litvak | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Albert | Altro | Debtor | |
| Jean Paul | Overton | H.B. Rentals, L.C. | Superior Energy Services, Inc. |
| Taylor | Harrison | Debtwire | |
| Richard | Martinez | Turnkey Offshore Project Services | |
| Kurt | Gwynne | Debtor | |
| David | Kozlowski | Castlegate Credit Opportunities Fund, LLC | Morrison Cohen |
| Judge Goldblatt | Judge Goldblatt | Court | |
| philip | eisenberg | Energen Resources | Locke Lord LLP |
| Michael | Joyce | UCC | Joyce, LLC |
| Coleman | Torrans | Official Committee of Unsecured Creditors | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| Laura Davis | Jones | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Destiney | Thompson | Bankr. Court | |
| Erin | Fay | Castlegate Credit Opportunities Fund, LLC | Bayard, P.A. |

| Bryon | Sproule | Garmark | Garmark |
|---|---|---|---|
| David | Bertenthal | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Martin | Bohman | Offshore Technical Solutions, LLC | Bohman Morse, LLC |
| Timothy | Fox | U.S. Trustee | Office of the U.S. Trustee |
| Joseph | Moldovan | Castlegate Credit Opportunities Fund, LLC | Morrison Cohen |
| George | Nalley | TOPS | Nalley & DEW |