# EXHIBIT 2

## Budget

DOCS_SF:106101.10 42899/001

| Week # | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Week Date | 9/10/2021 | 9/17/2021 | 9/24/2021 | 10/1/2021 | 10/8/2021 | 10/15/2021 |
| **Cash Receipts** | | | | | | |
| Operating Receipts | | | | | | |
| Other Receipts | | | | | | |
| **Total Receipts** | - | - | - | - | - | - |
| | | | | | | |
| **Operating Disbursments** | | | | | | |
| Payroll & Payroll Taxes | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
| Trade Payables | | | | | | 2.0 |
| Employee Benefits | | | | | 11.0 | |
| Rent Expense | | | | 5.0 | | |
| Professional Fees OC | | | | | | |
| Extraordinary Expense | | | | | 189.0 | |
| Other | | | | | 6.0 | - |
| **Total Operating Disbursements** | 14.0 | 14.0 | 14.0 | 19.0 | 220.0 | 16.0 |
| | | | | | | |
| **Chapter 11 Professional Fees** | | | | | | |
| Debtor Counsel | | | | 100.0 | | 50.0 |
| Debtor CRO | | 20.0 | | 20.0 | | 17.0 |
| CRO Support | | | 15.0 | | 10.0 | |
| Travel Expense | | | | | 5.0 | |
| Claims Administrator | | | | | | |
| US Trustee | | | | | | |
| Other | | | | | | |
|    503 (b)(9) Claims | | | | | | |
|    Utility Deposit | | | | | | |
|    KEIP | | | | | | |
| Senior Secured Legal Counsel (Garmark) | | | | 30.0 | | 20.0 |
| Secured Lender Legal Counsel (Castlegate) | | - | | - | | 20.0 |
| UCC Legal Counsel | | | | 30.0 | | |
| UCC Financial Advisor | | | | 15.0 | | |
| **Total Chapter 11 Costs** | $ - | $ 20.0 | $ 15.0 | $ 195.0 | $ 15.0 | $ 107.0 |
| | | | | | | |
| **Net Cash Flow** | (14.0) | (34.0) | (29.0) | (214.0) | (235.0) | (123.0) |
| Cumulative Net Cash flow | (14.0) | (48.0) | (77.0) | (291.0) | (526.0) | (649.0) |
| DIP Draw | 14.0 | 48.0 | 77.0 | 291.0 | 526.0 | 649.0 |
| **Net Cash After DIP** | - | - | - | - | - | - |
| DIP Repayment | | | | | | |
| **Net Cash After DIP Repayment** | | | | | | |

| | 7<br>10/22/2021 | 8<br>10/29/2021 | 9<br>11/5/2021 | 10<br>11/12/2021 | 11<br>11/19/2021 | 12<br>11/26/2021 | 13<br>12/3/2021 | Total |
|---|---|---|---|---|---|---|---|---|
| | | $ 4,473.0 | | | | $ 5,676.0 | | $ 10,149.0 |
| | | | | | | | | - |
| | - | 4,473.0 | - | - | - | 5,676.0 | - | 10,149.0 |
| | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 | 182.0 |
| | | 3.0 | | | | 2.0 | | 7.0 |
| | | 10.5 | | | | 10.5 | 6.0 | 38.0 |
| | | | | | | | | 5.0 |
| | | | | | | | | - |
| | 30.0 | | 375.0 | | | | | 594.0 |
| | | | 6.0 | | | | | 12.0 |
| | 44.0 | 27.5 | 395.0 | 14.0 | 14.0 | 26.5 | 20.0 | 838.0 |
| | | | | 50.0 | | | | 200.0 |
| | | 20.0 | | 17.0 | | 17.0 | | 111.0 |
| | 10.0 | | 5.0 | | 5.0 | | 5.0 | 50.0 |
| | | 3.0 | | | | 4.0 | | 12.0 |
| | | | | | | 40.0 | | 40.0 |
| | | | | | | | 30.0 | 30.0 |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | 20.0 | | | | 30.0 | 100.0 |
| | | | | 30.0 | | | | 50.0 |
| | | | | | | | | 30.0 |
| | | | | | | | | 15.0 |
| | $ 10.0 | $ 23.0 | $ 25.0 | $ 97.0 | $ 5.0 | $ 61.0 | $ 65.0 | $ 638.0 |
| | (54.0) | 4,422.5 | (420.0) | (111.0) | (19.0) | 5,588.5 | (85.0) | |
| | (703.0) | 4,422.5 | 3,299.5 | 3,188.5 | 3,169.5 | 8,758.0 | 8,673.0 | |
| | 703.0 | | | | | | | |
| | - | 4,422.5 | 3,299.5 | 3,188.5 | 3,169.5 | 8,758.0 | 8,673.0 | |
| | | (703.0) | | | | | | |
| | | $ 3,719.5 | $ 3,299.5 | $ 3,188.5 | $ 3,169.5 | $ 8,758.0 | $ 8,673.0 | |