**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| JAB Energy Solutions II, LLC[1] | ) | Case No. 21-11226 (CTG) |
| Debtor. | ) | **Re: Docket No. 73** |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 25, 2021 AT 3:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by**
**Friday, October 22 at 4:00 p.m.**
**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**Please use the following link to register for this hearing**

https://debuscourts.zoomgov.com/meeting/register/vJIsceyhqz4uHnBEu9E8x5UKyGz2RazwlJg

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**RESOLVED MATTER:**

1. Motion for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed: 10/11/21] (Docket No. 58).

   Response Deadline: October 19, 2021, at 4:00 p.m.

   Responses Received: Informal comments received from the Office of the United States Trustee.

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.

[2] **Amended items are in bold.**

Related Documents:

a. [Signed] Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed: 10/21/21] (Docket No. 72).

Status: The Court has entered an order on this matter.

**CONTESTED MATTER:**

2. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/27/21] (Docket No. 27).

Response Deadline: October 18, 2021, at 4:00 p.m. *(extended until October 20, 2021 at 5:00 p.m. for the Official Committee of Unsecured Creditors and Turnkey Offshore Project Services, LLC)*

Responses Received:

a. Informal comments from the Official Committee of Unsecured Creditors.

b. Preliminary Objection of Turnkey Offshore Project Services, LLC to the Debtor's Motion for Entry of Interim and Final Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/20/21] (Docket No. 70).

**c. Joinder of Offshore Technical Solutions, LLC to the Preliminary Objection of Turnkey Offshore Project Services, LLC to the Debtor's Motion for Entry of Interim and Final Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/21/21] (Docket No. 74).**

**Replies Received:**

**a. Debtor's Motion for Leave to File Late Reply in Support of Debtor's Motion for Entry of Final Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Filed: 10/22/21] (Docket No. 79).**

**(i) Reply in Support of Debtor's Motion for Entry of Final Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B)**

**Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Filed: 10/22/21] (Docket No. 80)**

Related Documents:

a. [Signed] Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/1/21] (Docket No. 47).

b. Notice of Entry of Interim Order and Final Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/1/21] (Docket No. 51).

Status: This matter will go forward.

Dated: October 22, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*

Laura Davis Jones (DE Bar No. 2436)
Colin R. Robinson (Bar No. 5524)
Mary F. Caloway (Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
crobinson@pszjlaw.com
mcaloway@pszjlaw.com

*[Proposed] Counsel to the Debtor and Debtor in Possession*