**CERTIFICATE OF SERVICE**

      I, Michael J. Joyce, hereby certify that on the 24th day of October, 2021, I caused a copy of the *Official Committee Of Unsecured Creditor's Limited Statement In Support Of Debtor's Motion For Entry Of Final Order (I) Authorizing The Debtor To (A) Obtain Postpetition Financing And (B) Utilize Cash Collateral, (II) Granting Adequate Protection To Prepetition Secured Lenders, (III) Modifying The Automatic Stay; And Granting Related Relief* to be served on the individuals on the attached service list(s) in the manner indicated.

                                                    */s/ Michael J. Joyce*
                                                    Michael J. Joyce (No. 4563)

*ELECTRONIC MAIL*

Office of the US Attorney General
William Barr, Esq.
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001
**Email:  askdoj@usdoj.gov**

*ELECTRONIC MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901
**Email:  DOSDOC_Bankruptcy@state.de.us**

*ELECTRONIC MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Securities & Exchange Commission HQTRS
Office of General Counsel
100 F Street, NE
Washington, DC  20554
**Email:  SECBankruptcy-OGC-ADO@SEC.GOV**

*ELECTRONIC MAIL*
Securities & Exchange Commission
Philadelphia Regional Office
Sharon Binger, Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

*ELECTRONIC MAIL*
Securities & Exchange Commission
New York Regional Office
Andrew Calamari, Regional Director
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281
**Email:  bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV**

*ELECTRONIC MAIL*
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC  20005
**Email:  efile@pbgc.gov**

*ELECTRONIC MAIL*
(Top Creditor)
Blackwater Diving LLC
Attn: Kevin Lorio
PO Box 948
Amelia, LA  70340
**Email:  kristiei@blackwaterdiv.com**

*ELECTRONIC MAIL*
(Top Creditor)
C-Dive, LLC
Attn: Guy Broussard
PO Box 2968
Houma, LA  70361
**Email:  stassi@carverdarden.com**

*ELECTRONIC MAIL*
(Top Creditor)
Crosby Tugs, LLC
Attn: T. Breaux
PO Box 279
Golden Meadow, LA  70357
**Email:  tbreaux@crosbytugs.com**

***ELECTRONIC MAIL***
(Top Creditor)
Demex International Inc.
Attn: Gary DeMarsh
7144 Dummyline Road
Picayune, MS  39466
**Email:  gary@demex.us**

***ELECTRONIC MAIL***
(Top Creditor)
GOL, LLC
4535 Highway 308
P.O. Box 309
Raceland, LA. 70394
**Email:  hr@gulf-log.com**

***ELECTRONIC MAIL***
(Top Creditor)
HB Rentals, LC
Attn: Tami Beauex
PO Box 208643
Dallas, TX  75320-8643
**Email:  jills@hbrental.com**

***ELECTRONIC MAIL***
(Top Creditor)
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Attn: Charlette Petkovich
601 Poydras St Suite 277
New Orleans, LA  70130
**Email:  bkadden@lawla.com**

***ELECTRONIC MAIL***
(Top Creditor)
McDonough Marine Service
Attn: Mike Perrin
PO Box 919227
Dallas, TX  75391
**Email:  mperrin@mcdonoughmarine.com**

***ELECTRONIC MAIL***
(Top Creditor)
Offshore Domestic Group
Attn: C. Larry Carbo, III
PO Box 54970
New Orleans, LA  40154
**Email:  larry.carbo@chamberlainlaw.com**

***ELECTRONIC MAIL***
(Top Creditor)
Offshore Technical Compliance, LLC
Attn: Misty Laviolette
1598 Ochsner Blvd Suite A
Covington, LA  70433
**Email:  amy@offshoretechnical.com; martin@bohmanmorse.com**

***ELECTRONIC MAIL***
(Top Creditor)
River Rental Tools Inc
Attn: J. Cline
109 Derrick Road
Belle Chasse, LA  70037
**Email:  jcline@rrtmax.com**

***ELECTRONIC MAIL***
(Top Creditor)
Snow & Green LLP
P.O. Box 549
22255 Roberts Cemetery Rd.
Hockley, TX 77447
**Email:  ken@snow-green.com**

***ELECTRONIC MAIL***
(Top Creditor)
Sparrows Offshore LLC
Attn: Guy Mirro
Dept - 3628
PO Box 123628
Dallas, TX  75312-3628
**Email:  us@sparrowsgroup.com**

*ELECTRONIC MAIL*
(Top Creditor)
Specialty Offshore, Inc.
Attn: Jessica Cline
PO Box 2853
Hammond, LA  70404
**Email:  mletellier@sdive.com**

*ELECTRONIC MAIL*
(Top Creditor)
Ten-M Marine LLC
Attn: Morgan Perrin
4808 Coulon St.
Lafitte, LA  70067
**Email:  mike@madmaxmarine.com**

*ELECTRONIC MAIL*
(Top Creditor)
Texas Parks and Wildlife Department
Artificial Reef Program
Attn: Dale Shively
4200 Smith School Rd
Austin, TX  78744
**Email:  ArtificialReefs@tpwd.texas.gov**

*ELECTRONIC MAIL*
(Top Creditor)
Turnkey Offshore Project Services, LLC
Attn: Kristie Izaguirre
PO Box 5041
Houma, LA  70361
**Email:  ar@oesinc.com;
george@gnalley.com**

*ELECTRONIC MAIL*
(Top Creditor)
US Dept. of Commerce - NOAA
Attn: Farron Wallace and Patrick Somers
4700 Avenue U
Galveston, TX  77551
**Email:  megan.kesterson@noaa.gov**

*ELECTRONIC MAIL*
(Counsel to DLS, LLC)
H. Kent Aguillard
141 S. 6th Street
Eunice, LA 70535
**Email: kent@aguillardlaw.com**

*ELECTRONIC MAIL*
(Counsel to Montgomery County, Texas)
John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253-3064
**Email: houston_bankruptcy@lgbs.com**

*ELECTRONIC MAIL*
(Castlegate Credit Opportunities Fund, LLC)
Neil B. Glassman, Esq.
Erin R. Fay, Esq.
Gregory J. Flasser, Esq.
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19899
**Email: nglassman@bayardlaw.com;
efay@bayardlaw.com;
gflasser@bayardlaw.com**

*ELECTRONIC MAIL*
(Castlegate Credit Opportunities Fund, LLC)
Joseph T. Moldovan, Esq.
David J. Kozlowski, Esq.
MORRISON COHEN LLP
909 Third Avenue, 27th Floor
New York, NY  10022
**Email: bankruptcy@morrisoncohen.com;
dkozlowski@morrisoncohen.com**

*ELECTRONIC MAIL*
**(Counsel to Lender Garmark SBI C Fund II) Jeffrey M. Reisner, Esq.
Steptoe & Johnson LLP
633 W Fifth Street, Suite 1900
Los Angeles, CA  90071
Email:  jreisner@steptoe.com**

*ELECTRONIC MAIL*
**(Counsel to Lender Garmark SBI C Fund II) Kurt F. Gwynne, Esq.
REED SMITH LLP
1201 Market Street, Suite 1500 Wilmington, DE  19801
Email:  kgwynne@reedsmith.com**

*ELECTRONIC MAIL*

(Counsel to Debtor) Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP 919 N. Market Street, 17th Floor Wilmington, DE  19801
**Email:  ljones@pszjlaw.com**

*ELECTRONIC MAIL*
(US Trustee)
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee for the  District of Delaware
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035
**Email:  timothy.fox@usdoj.gov**

*ELECTRONIC MAIL*
(State Attorney General)  Delaware Department of Justice  Kathy Jennings, Esq.
Carvel State Office Building, 6th Floor 820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@delaware.gov**

*ELECTRONIC MAIL*
Delaware Division of Revenue
Christina Rojas, Bankruptcy Administrator  Carvel State Office Building, 8th Floor 820 N. French Street
Wilmington, DE  19801
**Email:  FASNotify@delaware.gov**