# EXHIBIT A

## Parties in Interest

**Debtor and Non-Debtor Affiliates**
JAB Energy Solutions II, LLC
Allison Industrial Services, LLC
Allison Land Development II, LLC
Allison Marine Contractors II, LLC
Allison Marine Holdings, LLC
Allison Offshore Services II, LLC
Lincolnshire Equity Fund IV, L.P.
Lincolnshire Equity Fund IV-A L.P.
Lincolnshire IV-A AMC Blocker Corp.
Lincolnshire IV-A AMC Pass-Through, L.P.
Norazlam bin Norbi
Simply One LLC
Sumisaujana SDN BHD
Tarpon Platform Systems Malaysia Sdn Bhd
Tarpon Systems International II, LLC

**Officers, Directors, Insiders**
Alan A. Vando
Brent Boudreaux
Dallas Davis
Henry L. Robards
Kenneth Cefalu
Lincolnshire AMC Holdings, LLC
Michelle Vando
W. Stephen Orlando
William Jackson

**Creditors**
Acadiana Valve Services & Supply, LLC
Acme Truck Line Inc
Advanced Office Products
adWhite
Aflac
Alan Vando
Aldine I.S.D.
ALLIANCE OVERNIGHT DOCUMENT SERVICE
Alpha Rentals LLC
American Eagle
American Express
American Recovery, LLC
Anchor Marine & Industrial Supply, Inc
Ann Harris Bennett

Aqua-Tech Solutions, LLC
ARO Solutions, LLC
Arthur J. Gallagher Risk Management Services, Inc.
Ashtead Technology Offshore, Inc.
AT&T
Becky Sandlin
Becnel Rental Tools LLC
Blackwater Diving LLC
Blue Cross Of Louisiana
Brent Boudreaux
BS&G Rentals LLC
Capital One Corporate Card
C-Dive, LLC
Chet Morrison Contractors LLC
Clean Gulf Associates, Inc
Community Coffee
Corporation Service Company
CP2 Realty Holdings
C-Port Stone
Craig Griffith
Crosby Tugs, LLC
CUDD Pressure Control Inc dba CUDD Energy Services
Dan Strickland
Delaware Secretary of State
Delta Rigging & Tools
Demex International Inc.
Disa Inc.
Dishman & Bennett Specialty Co, Inc
DLS, LLC
Double L Ranch & Wildlife Feed
DTN, LLC
Eagle Oilfield Inspection Service, Inc.
Eaton Oil Tools, Inc
Ecoserv, LLC
Encore Food Services L.L.C.
Engineering Corporation Of Louisiana
Epic Companies LLC
EPIC Software Group
Extreme Energy Services
Fab-Con, Inc.
FDF Energy Services, LLC
Federal Express

Fire & Safety Specialists
Focus Safety Services L.L.C.
Forefront Emergency Management, LP
Fugro USA Marine, Inc
Gage Lange
GOL, LLC
Guardian Insurance Company
Gulf Coast Business Credit
H & H Well Service, Inc
Harvey Gulf International
HB Rentals, LC
Hertz Lake Charles One LLC
Highlander Hot Shot Service
Holloway Houston Inc.
Homegrown Energy - McBryde, LP
IHS Global Inc.
Impact Selector International
INST & ELEC TECHNOLOGIES
International Construction Equipment, Inc
Iron Mountain
ISN Software Corporation
Jason Johnston
Jim Alexander
Jody Lange
John W. Stone Oil Distributor, LLC
Johnny Boudreaux
Joseph Begnaud
Josh Towns
Keith Hotard
Kentwoo
Kentwood Spring Water
LAY, PITMAN & ASSOCIATES, INC
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Martin Energy Services LLC
Mcdonough Marine Service
Offshore Technical Compliance, LLC
River Rental Tools Inc
RP Southwood, LP c/o Moody Rambin Interests
SNOW & GREEN LLP
Sparrows Offshore LLC
Specialty Offshore, Inc.
Ten-M Marine LLC
Trussco
Turnkey Offshore Project Services, LLC

US Dept. of Commerce - NOAA
AJ Rentals Workdog (Andy Kulka)
Offshore Specialty Fabricators Inc.
Lexco Data Systems L.P.
Loretta Greenleaf
Louisiana Department of Natural Resources
Louisiana Dept of Wildlife & Fisheries
Mackey Lange
Madere Fleeting Services, LLC
MadMax Marine, LLC
Magnum Mud Equipment Co Inc
Manson Construction Co
Mark Deroche
Meta Syfan
Miles Thomas Law, LLC
Nepavision Web LLC
Newlin Rentals-Repair & Supplies Inc
Oceaneering International Inc
Office Depot-Houston
Offshore Liftboats LLC
Offshore Marine Contracters, Inc.
Offshore Technical Solutions
Oil States Skagit Smatco LLC
Parkway Communications
Patriot Group
PEC Safety
Peregrine Oil & Gas LP
Piling, Inc.
Pioneer Coiled Tubing Services, LLC
Power Torque Services LLC
Premier Tugs, LLC
Premium Oilfield Services, LLC
Proserv Operations Inc
PSC Industrial Holdings, Corp.
QUIKRETE Holdings, Inc.
Quill Corporation
R360 Environmental Solutions LLC
RigNet Inc
Robert Rieck
Rodger Williamson
Samuel McInnis
Sheriff and Tax Collector
Shore Offshore Services, LLC
Sidd & Associates, LLC
Smyser Kaplan & Veselka, LLP
Stansbury & Associates LLC

| | |
|---|---|
| Star Measurement | Honorable Karen B. Owens |
| StormGeo, Inc | Honorable Laurie Selber Silverstein |
| Stranco Rental LLC | Honorable Mary F. Walrath |
| TAMMY J. MCRAE, PCAC | Al Lugano |
| Team Industrial Services, Inc | Cacia Batts |
| Technology Professionals LLC | Catherine Farrell |
| Tetra Applied Technologies | Cheryl Szymanski |
| TEXAS ARTIFICIAL REEF FUN | Claire Brady |
| The Hartford-Priority Accounts | Danielle Gadson |
| The Spirit Golf Association | Demitra Laletas |
| The Strong Firm P.C. | Jill Walker |
| Thomas Tools | Joan Ranieri |
| Tiger Offshore Rentals, LLC | Laura Haney |
| Tigress Environmental & Dockside Svs | Laurie Capp |
| Todd A. Hubble | Lora Johnson |
| Tom R Bode | Marquietta Lopez |
| Tommy Johnson | Nickita Barksdale |
| Tom's Marine & Salvage, LLC | Paula Subda |
| Trent Mitchell | Rachel Bello |
| United Vision Logistics | Robert Cavello |
| US Aqua Services, LLC | |
| Veriforce | **Delaware Office of the United States Trustee** |
| Versabar Inc | |
| War Horse Fishing & Rental Tools Inc | Angelique Okita |
| Weather Decision Technologies, Inc. | Benjamin Hackman |
| West Side Calhoun County Navigation District | Christine Green |
| | David Buchbinder |
| West Wind Helicopters Inc. | Denis Cooke |
| Wet Tech Energy, Inc | Diane Giordano |
| WP Realty LP | Dion Wynn |
| | Edith A. Serrano |
| **Secured Creditors** | Hannah M. McCollum |
| Castlegate Credit Opportunity Fund, LLC | Holly Dice |
| Garmark SBIC Fund II LP | James R. O'Malley |
| | Jane Leamy |
| **Banks** | Joseph Cudia |
| Capital One NA | Joseph McMahon |
| JD Bank | Juliet Sarkessian |
| | Karen Starr |
| **Delaware Bankruptcy Judges and Clerks** | Lauren Attix |
| Honorable Ashley M. Chan | Linda Casey |
| Honorable Brendan L. Shannon | Linda Richenderfer |
| Honorable Christopher S. Sontchi | Michael Panacio |
| Honorable Craig T. Goldblatt | Nyanquoi Jones |
| Honorable J. Kate Strickles | Ramona Harris |
| Honorable John T. Doresy | Richard Schepacarter |

Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.