IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JAB Energy Solutions II, LLC | ) | Case No. 21-11226 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | **Objections Due: March 8, 2022 at 4 p.m.** |

## CERTIFICATION OF BENJAMIN W. KADDEN

I, Benjamin W. Kadden, hereby certify under the penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am an attorney and counselor at law, admitted to practice in the States of Louisiana and Texas and in this Court, *pro hac vice*.

2. I am the Managing Partner of the law firm of Lugenbuhl, Wheaton, Peck, Rankin and Hubbard ("Lugenbuhl"), 601 Poydras St., New Orleans, LA 70125.

3. This certification is submitted in support of the Second Consolidated Monthly Application of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Consolidated Period from November 1, 2021 Through December 31, 2021 ("Application") and all capitalized terms not otherwise defined herein are defined in accordance with their usage in the Application.

4. I am familiar with the legal services rendered by Lugenbuhl, as counsel to the Official Committee of Unsecured Creditors, for the Chapter 11 bankruptcy estate. I am also familiar with the compensation and reimbursement sought by the Application.

5. I have reviewed the Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

6. I have reviewed Bankruptcy Local Rule 2016-2 and submit that the Application substantially complies with Bankruptcy Local Rule 2016-2.

7. I have reviewed the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 72] and submit that the Application substantially complies with the requirements set forth therein.

Dated:  February 15, 2022              */s/ Benjamin W. Kadden*
                                        Benjamin W. Kadden