**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JAB Energy Solutions II, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11226 (CTG)<br><br>**Objection Deadline: March 8, 2022 at 4:00 p.m.** |

**NOTICE OF SECOND CONSOLIDATED
APPLICATION OF LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR THE CONSOLIDATED PERIOD FROM
NOVEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of the above-captioned debtor and debtor in possession (the "Debtor") filed the *Second Consolidated Application of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Unsecured Creditors, For The Consolidated Period From November 1, 2021 Through December 31, 2021* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **March 8, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.

1

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be served upon and received by the following Application Recipients: (1) counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esq.; (2) the UST, 844 King Street, Suite 2207 Lockbox 35, Wilmington, DE 19801, Attn: David Buchbinder, Esq.; and (3) counsel to the Committee, (a) Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130, Attn: Benjamin W. Kadden, Esq., and (b) Joyce, LLC, 1225 N. King Street, Suite 800, Wilmington, DE 19801, Attn: Michael J. Joyce, Esq. (collectively, the "Application Recipients").

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE ORDER GRANTING MOTION OF THE DEBTOR FOR AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE [DOCKET NO. 72], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTOR WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

[*Signature Page to Follow*]

Dated: February 15, 2022

        **JOYCE, LLC**

        */s/ Michael J. Joyce*
        Michael J. Joyce (No. 4563)
        1225 King Street, Suite 800
        Wilmington, Delaware 19801
        Telephone: (302) 388-1944
        Email: mjoyce@mjlawoffices.com

        -and-

        **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

        Benjamin W. Kadden, Esq. *
        Stewart F. Peck, Esq. *
        Alicia M. Bendana, Esq. *
        Coleman L. Torrans, Esq.*
        601 Poydras St., Ste. 2775
        New Orleans, Louisiana 70130
        Telephone: (504) 568-1990
        Facsimile: (504) 310-9195
        Email: bkadden@lawla.com
        speck@lawla.com
        abendana@lawla.com
        ctorrans@lawla.com

        *\*Admitted Pro Hac*

        *Counsel for the Official Committee of Unsecured Creditors*