<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 15, 2022, I caused a true and correct copy of the foregoing *Second  Consolidated Application of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Unsecured Creditors, For The Consolidated Period From November1, 2021 Through December 31, 2021* to be electronically filed the with the Clerk of Court in Case No. 21- 11226 (CTG) and served on the parties on the attached service list in the manner indicated.


 Dated: February 15, 2022


                                                        */s/ Michael Joyce*
                                                        Michael J. Joyce

*ELECTRONIC MAIL*

Office of the US Attorney General
William Barr, Esq.
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001
**Email:  askdoj@usdoj.gov**

*ELECTRONIC MAIL*

State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901
**Email:
DOSDOC_Bankruptcy@state.de.us**

*ELECTRONIC MAIL*

Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

*ELECTRONIC MAIL*

Securities & Exchange Commission HQTRS
Office of General Counsel
100 F Street, NE
Washington, DC  20554
**Email:  SECBankruptcy-OGC-
ADO@SEC.GOV**

*ELECTRONIC MAIL*

Securities & Exchange Commission
Philadelphia Regional Office
Sharon Binger, Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

*ELECTRONIC MAIL*

Securities & Exchange Commission
New York Regional Office
Andrew Calamari, Regional Director
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281
**Email:  bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV**

*ELECTRONIC MAIL*

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC  20005
**Email:  efile@pbgc.gov**

*ELECTRONIC MAIL*

(Top Creditor)
Blackwater Diving LLC
Attn: Kevin Lorio
PO Box 948
Amelia, LA  70340
**Email:  kristiei@blackwaterdiv.com**

*ELECTRONIC MAIL*

(Top Creditor)
C-Dive, LLC
Attn: Guy Broussard
PO Box 2968
Houma, LA  70361
**Email:  stassi@carverdarden.com**

*ELECTRONIC MAIL*

(Top Creditor)
Crosby Tugs, LLC
Attn: T. Breaux
PO Box 279
Golden Meadow, LA  70357
**Email:  tbreaux@crosbytugs.com**

2

*ELECTRONIC MAIL*

(Top Creditor)
Demex International Inc.
Attn: Gary DeMarsh
7144 Dummyline Road
Picayune, MS  39466
**Email:  gary@demex.us**

*ELECTRONIC MAIL*

(Top Creditor)
GOL, LLC
4535 Highway 308
P.O. Box 309
Raceland,LA. 70394
**Email:  hr@gulf-log.com**

*ELECTRONIC MAIL*

(Top Creditor)
HB Rentals, LC
Attn: Tami Beauex
PO Box 208643
Dallas, TX  75320-8643
**Email:  jills@hbrental.com**

*ELECTRONIC MAIL*

(Top Creditor)
Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard
Attn: Charlette Petkovich
601 Poydras St Suite 277
New Orleans, LA  70130
**Email:  bkadden@lawla.com**

*ELECTRONIC MAIL*

(Top Creditor)
McDonough Marine Service
Attn: Mike Perrin
PO Box 919227
Dallas, TX  75391
**Email:  mperrin@mcdonoughmarine.com**

*ELECTRONIC MAIL*

(Top Creditor)
Offshore Domestic Group
Attn: C. Larry Carbo, III
PO Box 54970
New Orleans, LA  40154
**Email:
larry.carbo@chamberlainlaw.com**

*ELECTRONIC MAIL*

(Top Creditor)
Offshore Technical Compliance, LLC
Attn: Misty Laviolette
1598 Ochsner Blvd Suite A
Covington, LA  70433
**Email:  amy@offshoretechnical.com;
martin@bohmanmorse.com**

*ELECTRONIC MAIL*

(Top Creditor)
River Rental Tools Inc
Attn: J. Cline
109 Derrick Road
Belle Chasse, LA  70037
**Email:  jcline@rrtmax.com**

*ELECTRONIC MAIL*

(Top Creditor)
Snow & Green LLP
P.O. Box 549
22255 Roberts Cemetery Rd.
Hockley, TX 77447
**Email:  ken@snow-green.com**

*ELECTRONIC MAIL*

(Top Creditor)
Sparrows Offshore LLC
Attn: Guy Mirro
Dept - 3628
PO Box 123628
Dallas, TX  75312-3628
**Email:  us@sparrowsgroup.com**

*ELECTRONIC MAIL*
(Top Creditor)
Specialty Offshore, Inc.
Attn: Jessica Cline
PO Box 2853
Hammond, LA  70404
**Email:  mletellier@sdive.com**

*ELECTRONIC MAIL*
(Top Creditor)
Ten-M Marine LLC
Attn: Morgan Perrin
4808 Coulon St.
Lafitte, LA  70067
**Email:  mike@madmaxmarine.com**

*ELECTRONIC MAIL*
(Top Creditor)
Texas Parks and Wildlife Department
Artificial Reef Program
Attn: Dale Shively
4200 Smith School Rd
Austin, TX  78744
**Email:  ArtificialReefs@tpwd.texas.gov**

*ELECTRONIC MAIL*
(Top Creditor)
Turnkey Offshore Project Services, LLC
Attn: Kristie Izaguirre
PO Box 5041
Houma, LA  70361
**Email:  ar@oesinc.com;
george@gnalley.com**

*ELECTRONIC MAIL*
(Top Creditor)
US Dept. of Commerce - NOAA
Attn: Farron Wallace and Patrick Somers
4700 Avenue U
Galveston, TX  77551
**Email:  megan.kesterson@noaa.gov**

*ELECTRONIC MAIL*
(Counsel to DLS, LLC)
H. Kent Aguillard
141 S. 6th Street
Eunice, LA 70535
**Email: kent@aguillardlaw.com**

*ELECTRONIC MAIL*
(Counsel to Montgomery County, Texas)
John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253-3064
**Email: houston_bankruptcy@lgbs.com**

*ELECTRONIC MAIL*
(Castlegate Credit Opportunities Fund, LLC)
Neil B. Glassman, Esq.
Erin R. Fay, Esq.
Gregory J. Flasser, Esq.
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19899
**Email: nglassman@bayardlaw.com;
efay@bayardlaw.com;
gflasser@bayardlaw.com**

*ELECTRONIC MAIL*
(Castlegate Credit Opportunities Fund, LLC)
Joseph T. Moldovan, Esq.
David J. Kozlowski, Esq.
MORRISON COHEN LLP
909 Third Avenue, 27th Floor
New York, NY  10022
**Email: bankruptcy@morrisoncohen.com;
dkozlowski@morrisoncohen.com**

*ELECTRONIC MAIL*
**(Counsel to Lender Garmark SBI C Fund II) Jeffrey M. Reisner, Esq. Steptoe & Johnson LLP 633 W Fifth Street, Suite 1900 Los Angeles, CA  90071 Email:  jreisner@steptoe.com**

*ELECTRONIC MAIL*
**(Counsel to Lender Garmark SBI C Fund II) Kurt F. Gwynne, Esq. REED SMITH LLP 1201 Market Street, Suite 1500 Wilmington, DE 19801 Email:  kgwynne@reedsmith.com**

*ELECTRONIC MAIL*

(Counsel to Debtor) Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP 919 N. Market Street, 17th Floor Wilmington, DE  19801
**Email:  ljones@pszjlaw.com**

*ELECTRONIC MAIL*
(US Trustee)
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee for the  District of Delaware
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035
**Email:  timothy.fox@usdoj.gov**

*ELECTRONIC MAIL*
(State Attorney General)  Delaware Department of Justice  Kathy Jennings, Esq.
Carvel State Office Building, 6th Floor 820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@delaware.gov**

*ELECTRONIC MAIL*
Delaware Division of Revenue
Christina Rojas, Bankruptcy Administrator  Carvel State Office Building, 8th Floor 820 N. French Street
Wilmington, DE  19801
**Email:  FASNotify@delaware.gov**