**<u>EXHIBIT F</u>**

**EXHIBIT "A"**
**WORK ORDER 2020 No. 1**

Pursuant to Master Service Agreement ("Agreement") between Company and Contractor dated June _18___, 2018, this Work Order is issued in respect of the services to be supplied by Contractor as listed below:

**Part A:  Services to be provided by CONTRACTOR**

**General:**

Salvage operations at HI A 370 A  (the "Work") are to be performed in accordance with the terms and conditions of the Parties Agreement, this Work Order – and any Addendums thereto, attached hereto as Annex 1 and as outlined below.

**Scope of Work:**

Contractor will be conducting Work generally following this basic sequence of activities including but not limited to:

- Set up on location
- Safe-out platform, as required
- Bring in material barge
- Remove helideck if required
- Remove production deck
- Sever piles and conductors (if required) with abrasives
- Remove conductors
- Install jacket lift rigging
- Lift jacket and secure to material barge (bottom section of jacket left for reef in place)
- Transport to shore for disposal jacket, deck, piles and conductors
- Demobilize

**Company Obligations:**

 Company will provide the most current site maps available in order to locate surface and subsurface property, structures, facilities, pipelines, debris, seafloor impressions, can holes, etc.

Company will obtain, or cause to be obtained all necessary permits for the removal of platforms, jackets, pipeline abandonment, etc., and disposal of all platform components, and the use of explosives.  Company shall contact, or cause to be contacted all necessary regulatory agencies regarding the decommissioning, removal and salvage of the Platforms and the ancillary facilities.

Company will utilize the rigging on board the DB for all lifts within the capacity of said rigging, an inventory of the rigging shall be provided to Company (see Attachment 1). For all lifts outside the capacity of the barge rigging Company shall provide or cause to be provided rigging for major lifts.

Company believes to the best of its knowledge that the structural integrity of the structure is able to withstand the removal operations. Contractor will review all structure drawings before going on location and once on location Contractor will confirm structural integrity visually as possible and notify Company if there is an issue.  If there are issues with the structural integrity all cost will be at Company's expense. In the event that the structure is not able to withstand the removal operations or if the structure requires additional structural modifications for sea-fastening, Company shall be liable for any and all costs for the modifications and for any damage to any property, structures or facilities, including all environmental liability, as well as any additional costs incurred by Contractor as a consequence of the structure's lack of structural integrity.

Materials and services provide to Company by Contractor outside of the scope of this Work Order shall be invoiced at cost plus 10%.

The Company SEMS program will be followed to ensure a safe work environment for the DB crews, and all 3rd party services.

Health, safety and environmental (HSE) considerations, safety analysis, and expectations (e.g., attending daily safety meetings, proper completion of a Job Safety Analysis (JSA), hazard identification and mitigation, and the obligation to review and sign off on the JSA for a new location when moved during a shift),
Step-by-step procedures for completing the given activity (including conducting a pre-job safety meeting and on-site walk through of the site to discuss scope of work, generating JSAs, and using Stop Work Authority if any unsafe event or item is noticed),
- JSA checklist
- Drawings for the facility
- Risk assessment that includes hazard identification, potential impacts, corrective controls, and assignment of responsibility to specific personnel for any open action items.

Note: any deviation from the work pack deemed necessary due to inaccurate onsite information provided or field adjustments to help complete the task in a more efficient/safer manor will require a MOC, JSA review, and Hazard review prior to changes in the plan. All major MOC's will be reviewed by Company and Shore and agreed to by both parties before commencing.

Task specific Hazard Analysis and JSA's are to be reviewed on site where work will be performed to review potential hazards and mitigations enabling a more detailed review while observing the work area. Task specific Hazard Analysis and JSA's or a copy of the completed documents is to keep on site for review when needed or when additional personnel are moved to the work location. JSA's and Hazard analysis are to be reviewed by all personnel working in the area and signed attendance records are to be maintained

**Part B: Location and Period for the Services to be provided by CONTRACTOR**

Contractor is to remove HI A 370 A.

The Parties agree that Contractor will perform Works upon a mutually agreeable Schedule based upon availability of Contractors Vessel(s) and other equipment(s). Contactor's anticipated start date is on or around October 6, 2020.

**Part C: Compensation for the Services to be provided by CONTRACTOR**

Contractor shall be paid for the Work (including Vessel and equipment mobilization) in accordance with the hire rates and fees set forth below.

| 1 | DB Swing Thompson Spread | | | $127,919 |
|---|---|---|---|---|
| 2 | DB Swing Mobilization | | | $115,000 |
| 3 | DB Swing Demobilization | | | $150,000 |
| 4 | Cargo Barge 260x72 | | | $2,000/day |
| 5 | Cargo Barge 260x100 | | | $5500/day |

Material barge with deck, piles and conductors will be transported to the TOPS yard in Dulac for offload and disposal. TOPS will offload the barge, scrap the jacket, deck and conductors and pay to JAB for the sale of the scrap of the jacket, deck and conductors $75/ton.

Undisputed amounts shall be paid with in 60 days of receipt of the invoices by Company from Contractor.

Company:
**JAB Energy Solutions II, LLC**

By: _Brent Boudreaux_

Name: _Brent Boudreaux_

Title: _President_

Date: _9-25-20_

Contractor:
**Turnkey Offshore Project Services LLC**

By: _[signature]_

Name: _Jay Henderson_

Title: _Vice President_

Date: _9-24-20_

**Exhibit "A"**

**Contractor provided**

Included in Rate of DB Swing Thompson:

- D/B Swing Thompson
- Anchor Handling Tug
- 24-hour Construction crew 6 riggers, 6 welders per shift
- o  Deck Foreman's
- o  Leaderman
- o  Welder Foreman's
- o  Big Rig Operator's
- o  Deck Crane Operator's
- 24-hour barge Maintenance crew
- Fuel, Lube and Water for Derrick Barge and AHT
- Subsistence and Catering
- Survey
- Medic
- Room and Board for 4 Company provided personnel
- o  Additional $100 / per man per day beyond 4
- Jet String