## **EXHIBIT H**



# Invoice  I-7851

**690 South Hollywood Road**
Houma, LA 70360

| | |
|---|---|
| Invoice Date | 10/31/2020 |
| Point of Contact | Richard Burgo |
| Project No. | 2009-1768-P6380 |

JAB Energy Solutions
19221 Interstate 45 S
Suite 324
Shenandoah, TX 77385

| Customer PO | Location | Vessel | Terms: |
|---|---|---|---|
| JAB-0708 | HI A 370-A | DB Swing Thompson | Net 45 |

| Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| ACU-CUT Water Abrasive Cutting System (10/24/20 - 10/26/20) (10/31/20) | 4 | day | 6,800.00 | 27,200.00 |
| Multi-string Conductor Cutting Package (10/24/20 - 10/26/20) (10/31/20) | 4 | day | 2,000.00 | 8,000.00 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (10/04/20 - 10/18/20) | 15 | day | 316.25 | 4,743.75 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (10/19/20 - 10/23/20) (10/27/20 - 10/30/20) | 9 | day | 3,520.00 | 31,680.00 |
| Personnel 24 Hour coverage (10/24/20 - 10/26/20) (10/30/20 - 10/31/20) | 5 | day | 7,100.00 | 35,500.00 |
| Diamond Wire Saw 36" (Includes HYD, Hose Reel, Control Panel, and Transport Basket) (10/31/20) | 1 | day | 1,620.00 | 1,620.00 |
| Diamond Wire Saw 30" - Backup (10/31/20) | 1 | day | 1,150.00 | 1,150.00 |
| Mobilization (10/04/20) | 1 | ea | 6,400.00 | 6,400.00 |
| Personnel Transportation (Cost + 15%) (Demob from ICY 10/26/20) | 1 | ea | 477.25 | 477.25 |
| Personnel Transportation (Cost + 15%) (Mob to ICY 10/30/20) | 1 | ea | 437.00 | 437.00 |
| Additional Equipment Mobilization (DWS Spread to ICY 10/30/20) | 1 | ea | 250.00 | 250.00 |
| Interest at 1.5% on all past due amounts | | | **Total** | **$117,458.00** |

EXHIBIT - 5



# OFFSHORE TECHNICAL SOLUTIONS

## Invoice    I-7859

690 South Hollywood Road
Houma, LA 70360

| | |
|---|---|
| Invoice Date | 11/30/2020 |
| Point of Contact | Richard Burgo |
| Project No. | 2009-1768-P6380 |

JAB Energy Solutions
19221 Interstate 45 S
Suite 324
Shenandoah, TX 77385

| Customer PO | Location | Vessel | Terms: |
|---|---|---|---|
| JAB-0708 | HI A 370-A | DB Swing Thompson | Net 45 |

| Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| ACU-CUT Water Abrasive Cutting System (11/01/20) (11/14/20 - 11/15/20) (11/26/20 - 11/28/20) | 6 | day | 6,800.00 | 40,800.00 |
| Multi-string Conductor Cutting Package (11/01/20) | 1 | day | 2,000.00 | 2,000.00 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (11/02/20 - 11/13/20) (11/22/20 - 11/25/20) (11/29/20) | 17 | day | 3,520.00 | 59,840.00 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (11/16/20 - 11/21/20) (11/30/20) | 7 | day | 316.25 | 2,213.75 |
| Personnel 24 Hour coverage (11/01/20 - 11/05/20) (11/13/20 - 11/16/20) | 9 | day | 7,100.00 | 63,900.00 |
| Personnel 24 Hour coverage (11/11/20 - 11/12/20) (11/22/20 - 11/29/20) | 10 | day | 5,200.00 | 52,000.00 |
| 36" Diamond Wire Saw Package (11/01/20 - 11/05/20) | 5 | day | 1,620.00 | 8,100.00 |
| 30" Diamond Wire Backup Saw (11/01/20 - 11/05/20) | 5 | day | 1,150.00 | 5,750.00 |
| 30" and 36" Diamond Wire Saw Packages (11/11/20 - 11/16/20) | 6 | day | 3,000.00 | 18,000.00 |
| 60" Diamond Wire Saw Package X 2 (11/22/20 - 11/28/20) | 7 | day | 3,050.00 | 21,350.00 |
| Standby Rate 60" Diamond Wire Saw Package X 2 (11/29/20 - 11/30/20) | 2 | day | 1,525.00 | 3,050.00 |
| 30" Cutting Wire Assembly (11/01/20) (11/13/20 - 11/15/20) | 5 | ea | 975.00 | 4,875.00 |
| 36" Cutting Wire Assembly (11/14/20 - 11/15/20) | 2 | ea | 1,100.00 | 2,200.00 |
| 60" Cutting Wire Assembly (11/23/20 - 11/27/20) | 7 | ea | 1,620.00 | 11,340.00 |
| Cutting Charge (Piles) (11/14/20) | 1 | ea | 550.00 | 550.00 |
| Cutting Charge - (Conductors) (11/01/20) | 2 | ea | 950.00 | 1,900.00 |
| Demobilization | 0 | ea | 9,000.00 | 0.00 |

| Interest at 1.5% on all past due amounts | **Total** |
|---|---|

**EXHIBIT - 6**

Page 1



# Offshore Technical Solutions

# Invoice     I-7859

690 South Hollywood Road
Houma, LA 70360

| | |
|---|---|
| Invoice Date | 11/30/2020 |
| Point of Contact | Richard Burgo |
| Project No. | 2009-1768-P6380 |

JAB Energy Solutions
19221 Interstate 45 S
Suite 324
Shenandoah, TX 77385

| Customer PO | Location | Vessel | Terms: |
|---|---|---|---|
| JAB-0708 | HI A 370-A | DB Swing Thompson | Net 45 |

| Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Personnel Transportation (Demob ICY to Houma + 2 Hour wait at dock 11/05/20) | 1 | ea | 540.00 | 540.00 |
| Personnel Transportation (Mob to ICY 11/11/20) | 1 | ea | 450.00 | 450.00 |
| Personnel Transportation (Mob to ICY 11/13/20) | 1 | ea | 450.00 | 450.00 |
| Personnel Transportation (Demob Cameron to Houma + wait at dock 11/16/20) | 1 | ea | 1,148.79 | 1,148.79 |
| Personnel Transportation (Mob to Stone Dock in Cameron from Houma Base 11/22/20) | 1 | ea | 805.00 | 805.00 |
| Personnel Mobilization (GSI tech to Cameron Dock 11/24/20) | 1 | ea | 805.00 | 805.00 |
| Personnel Transportation (Demob Cameron to Houma + 2.5hr wait at dock 11/29/20) | 1 | ea | 904.48 | 904.48 |
| Mechanical Equipment Demobilization (DWS Spread to Broussard 11/05/20) | 1 | ea | 634.24 | 634.24 |
| Abrasive Equipment Demobilization (Damaged TDU, HRU, HPP, CRI on 11/06/20) | 1 | ea | 1,750.00 | 1,750.00 |
| Mechanical Equipment Mobilization (2 DWS Spreads to ICY on 11/11/20) | 1 | ea | 807.24 | 807.24 |
| Abrasive Equipment Mobilization (HPP, HRU, CRI on 11/13/20) | 1 | ea | 1,750.00 | 1,750.00 |
| Mechanical Equipment Demobilization (2 DWS Spreads from Cameron to Broussard on 11/17/20) | 1 | ea | 1,426.87 | 1,426.87 |
| Abrasive Equipment Demobilization (Well Cutting Eq from Cameron to Houma 11/19/20) | 1 | ea | 1,937.76 | 1,937.76 |
| Mechanical Equipment Mobilization (2 DWS Spreads 60" from Houma to Cameron 11/22/20) | 1 | ea | 2,991.23 | 2,991.23 |
| Interest at 1.5% on all past due amounts | | | **Total** | $314,269.36 |



# OFFSHORE TECHNICAL SOLUTIONS

# Invoice     I-7887

690 South Hollywood Road
Houma, LA 70360

| | |
|---|---|
| Invoice Date | 12/18/2020 |
| Point of Contact | Richard Burgo |
| Project No. | 2009-1768-P6380 |

JAB Energy Solutions
19221 Interstate 45 S
Suite 324
Shenandoah, TX 77385

| Customer PO | Location | Vessel | Terms: |
|---|---|---|---|
| JAB-0708 | HI A 370-A | DB Swing Thompson | Net 45 |

| Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| ACU-CUT Water Abrasive Cutting System (12/07/20 - 12/08/20) | 2 | day | 6,800.00 | 13,600.00 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (12/04/20 - 12/06/20) (12/09/20) | 4 | day | 3,520.00 | 14,080.00 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (12/01/20 - 12/03/20) | 3 | day | 316.25 | 948.75 |
| Personnel 24 Hour coverage (12/04/20 - 12/09/20) | 6 | day | 7,100.00 | 42,600.00 |
| 60" Diamond Wire Saw Package X 2 (12/07/20 - 12/08/20) | 2 | day | 3,050.00 | 6,100.00 |
| Standby Rate 60" Diamond Wire Saw Package X 2 (12/01/20 - 12/06/20) | 6 | day | 1,525.00 | 9,150.00 |
| 60" Diamond Wire Saw Repairs (12/01/20) | 1 | ea | 3,905.00 | 3,905.00 |
| Cutting Charge (Piles) (12/07/20) | 1 | ea | 550.00 | 550.00 |
| Demobilization (12/09/20) | 1 | ea | 9,000.00 | 9,000.00 |
| Personnel Transportation (Mob to ICY 12/04/20) | 1 | ea | 477.25 | 477.25 |
| Personnel Transportation (Demob ICY to Houma 12/09/20) | 1 | ea | 477.25 | 477.25 |
| Mechanical Equipment Demobilization (DWS Spread to Houma 12/09/20) | 1 | ea | 1,862.94 | 1,862.94 |

Interest at 1.5% on all past due amounts

**Total**     $102,751.19

<span style="color:red">EXHIBIT - 7</span>