**<u>EXHIBIT M</u>**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TURNKEY OFFSHORE PROJECT      *      CIVIL ACTION
 SERVICES, LLC
                             *      NO. 21-672
VERSUS
                             *      CONMAG DIV. (2) (M.J. CURRAULT)
JAB ENERGY SOLUTIONS, LLC,
ET AL.

## **ORDER**

Considering the Notice of Commencement of Bankruptcy Case for JAB Energy

Solutions II, LLC (ECF No. 46) filed by Defendant JAB Energy Solutions II, LLC,

IT IS ORDERED that this action is **STAYED** and **ADMINISTRATIVELY CLOSED**

pending resolution of *In re JAB Energy Solutions II, LLC,* Case No. 21-11226-CTG, United States

Bankruptcy Court for the Southern District of Delaware.  Any party may file a written motion to reopen

the proceedings within THIRTY (30) DAYS after the bankruptcy stay is terminated.

Dated this ___9th___ day of September, 2021.


DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE