# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JAB Energy Solutions II, LLC[1] | ) | Case No. 21-11226 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: Docket No. 149** |

## NOTICE OF FILING OF REVISED ORDER APPROVING SETTLEMENT AGREEMENT REGARDING DECOMMISSIONING OF HIGH ISLAND A370 PROJECT

**PLEASE TAKE NOTICE** that on February 3, 2022, the above-captioned debtor and debtor in possession (collectively, the "Debtor") filed the *Debtor's Motion for Approval of Settlement Agreement Regarding Decommissioning of High Island A370 Project* [Docket No. 149] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). By the Motion, the Debtor sought entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure approving the Settlement Agreement[2] between the Debtor, Richard Schmidt (the "Trustee"), in his capacity as Trustee of the Black Elk Liquidation Trust and the Black Elk Litigation Trust (collectively, the "Trust"), W&T Offshore, Inc. ("W&T"), Burlington Resources Offshore, Inc. ("Burlington"), Talos Energy Inc. ("Talos"), Argonaut Insurance Company ("Argo"), United States Bureau of Safety and Environmental Enforcement ("BSEE"), Texas Parks and Wildlife Department ("TPW", and together with the Debtor, the Trust, W&T, Burlington, Talos, Argo, and BSEE, the "Parties").

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is the revised proposed *Order Approving Settlement Agreement Regarding Decommissioning of High Island A370 Project* (the "Revised Proposed Order"). A blacklined copy of the Revised Proposed Order showing the changes made from the proposed order attached to the Motion is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit C is the revised proposed Settlement Agreement. A blacklined copy of the revised Settlement Agreement showing the changes made is attached hereto as Exhibit D. A copy of the proposed Escrow Agreement is attached as Exhibit D to the Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to present the Revised Proposed Order and revised Settlement Agreement at the hearing on February 24, 2022 at 10:00 a.m.

Dated: February 23, 2022
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Laura Davis Jones (DE Bar No. 2436)
Maxim B. Litvak (*pro hace vice*)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
mlitvak@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*