# EXHIBIT A
**Debtor's Redline of Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JAB Energy Solutions II, LLC[1] | ) ) ) | Case No. 21-11226 (CTG) |
| Debtor. | ) ) ) | Related Docket No. 149 |

**ORDER APPROVING DEBTOR'S SETTLEMENT AGREEMENT REGARDING DECOMMISSIONING OF HIGH ISLAND A370 PROJECT**

Upon consideration of the *Debtor's Motion for Approval of Settlement Agreement Regarding Decommissioning of High Island A370 Project* [Docket No. 149] (the "Motion");[2] and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion and the hearing was sufficient and proper; and (d) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, the Settlement Agreement is approved in its entirety and is incorporated herein by reference.[3]

3. The Debtor is hereby authorized to take any and all actions necessary to effectuate the terms of this Order and the Settlement Agreement, including the payment of the Reefing Fee by the Escrow Agent (the "TPW Payment"); *provided, however,* that the Escrow Agent shall not

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.
[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.
[3] A true and correct copy of the Settlement Agreement is attached hereto as **Exhibit 1**.

make any payments or distributions other than the TPW Payment subject to further order of the Court.

4. For the avoidance of doubt and notwithstanding any other provision of this Order, nothing herein shall prejudice or affect the right of the Debtor, Turnkey Offshore Project Services, LLC, Offshore Technical Solutions, LLC, the DIP Lender, or any other party in interest (the "Parties") regarding any dispute ~~with respect to the estate's ownership, title,~~ arising in, arising under or ~~interest~~ in connection with the Net Remaining Funds.

5. Notwithstanding anything to the contrary in any applicable Bankruptcy Rule, this Order shall be effective immediately upon entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Settlement Agreement.

# Exhibit 1

**Settlement Agreement**

Document comparison by Workshare 10.0 on Tuesday, March 01, 2022 4:49:42 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://DOCS_DE/237886/6 |
| Description | DOCS_DE-#237886-v6-JAB_-_9019_motion |
| Document 2 ID | PowerDocs://DOCS_DE/238509/2 |
| Description | DOCS_DE-#238509-v2-JAB-9019_Approval_Order-TOPS |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
|  | Count |
| Insertions | 8 |
| Deletions | 6 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 14 |