# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| JAB Energy Solutions II, LLC[1] | Case No. 21-11226 (CTG) |
| Debtor. | **Re: D.I. 160** |

### ORDER REGARDING TURNKEY OFFSHORE PROJECT SERVICES, LLC'S AND OFFSHORE TECHNICAL SOLUTIONS, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the Cross-Motion[2] of TOPS and OTS for an order granting relief from the automatic stay to proceed with the EDLA Proceeding in the EDLA District Court and it appearing that the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and proper notice of the Cross-Motion has been given; and after due deliberation, and sufficient cause appearing therefor; it is ORDERED:

1. The Cross-Motion is DENIED.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: March 4th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Ste. 324, Shenandoah, TX 77385.

[2] Capitalized terms used herein shall have the meanings ascribed to them in the Objection and Cross-Motion.