IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JAB Energy Solutions II, LLC[1] | ) | Case No. 21-11226 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: DI No. 204** |
| | ) | |

CERTIFICATE OF NO OBJECTION
REGARDING FIRST QUARTERLY APPLICATION
OF LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR THE CONSOLIDATED
PERIOD FROM SEPTEMBER 29, 2021 THROUGH NOVEMBER, 30 2021

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *First Quarterly Application Of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Unsecured Creditors, For The Consolidated Period From September 29, 2021 Through November, 30 2021* (the "***Application***") [Docket No. 204] filed on March 11, 2022. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the relief requested in the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 72] (the "***Interim Compensation Order***"), responses to the Application were to be filed and served no later than April 1, 2022 at 4:00 p.m. prevailing Eastern Time.

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

Dated: April 4, 2022

| | |
|---|---|
| **JOYCE, LLC** | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD** |
| */s/ Michael J. Joyce* | Benjamin W. Kadden, Esq.* |
| Michael J. Joyce (No. 4563) | Stewart F. Peck, Esq.* |
| 1225 King Street, Suite 800 | Alicia M. Bendana, Esq.* |
| Wilmington, Delaware 19801 | Coleman L. Torrans, Esq.* |
| Telephone: (302) 388-1944 | 601 Poydras St., Ste. 2775 |
| Email: mjoyce@mjlawoffices.com | New Orleans, Louisiana 70130 |
| | Telephone: (504) 568-1990 |
| | Facsimile: (504) 310-9195 |
| | Email: bkadden@lawla.com |
| | speck@lawla.com |
| | abendana@lawla.com |
| | ctorrans@lawla.com |
| *Co-Counsel for the Official Committee of Unsecured Creditors* | |
| | * Admitted *Pro Hac Vice* |
| | *Co-Counsel for the Official Committee of Unsecured Creditors* |