**EXHIBIT A**

**<u>Proposed Order</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JAB Energy Solutions II, LLC[2] | ) | Case No. 21-11226 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: DI No. 205** |
| | ) | |

**ORDER ON**
**FIRST QUARTERLY APPLICATION OF**
**JOYCE, LLC FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS, FOR THE CONSOLIDATED**
**PERIOD FROM SEPTEMBER 29, 2021 THROUGH NOVEMBER, 30 2021**

Joyce, LLC ("Joyce, LLC"), as Delaware counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case, filed its First Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from September 29, 2021 through November 30, 2021 (the "First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application.

Accordingly, it is hereby **ORDERED** that the First Quarterly Application is **GRANTED** on an interim basis. The Debtor in the above case shall pay to Joyce, LLC the sum of $7,235.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $100.00 for a total of $7,335.00 for services rendered and disbursements incurred

---

[2] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 1-45 South, Suite 324, Shenandoah, TX 77385.

by Joyce, LLC for the period September 29, 2021 through November 30, 2021, less any amounts previously paid in connection with the monthly fee applications.

It is further **ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.