# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JAB Energy Solutions II, LLC[1] | ) ) | Case No. 21-11226 (CTG) |
| Debtor. | ) ) ) | Re: Docket No. 207 |

**CERTIFICATION OF NO OBJECTION REGARDING FOURTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtor and Debtor in Possession for the Period From December 1, 2021 Through December 31, 2021* (the "Application") [Docket No. 207] filed on March 16 2022. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the *Notice of Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtor and Debtor in Possession for the Period From December 1, 2021 Through December 31, 2021* (the "Notice"), responses to the Application were to be filed and served no later than April 6, 2022 at 4:00 p.m. prevailing Eastern Time.

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.

DOCS_DE:238872.1 42899/001

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order") [Docket No. 72] the Debtor is authorized to pay Pachulski Stang Ziehl & Jones LLP $42,789.20 which represents 80% of the fees ($53,486.50) and $190.36, which represents 100% of the expenses requested in the Application for the period December 1, 2021 through December 31, 2021 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: April 7, 2022             **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Laura Davis Jones (DE Bar No. 2436)
Colin R. Robinson (Bar No. 5524)
Mary F. Caloway (Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
          crobinson@pszjlaw.com
          mcaloway@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*