# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JAB Energy Solutions II, LLC | ) ) | Case No. 21-11226 (CTG) |
| Debtor. | ) ) ) |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 13, 2022, copies of the **Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) (Tom's Marine & Salvage, LLC)** were served, in the manner indicated, on the party identified below.

**Via Hand Delivery**

Tom's Marine & Salvage, LLC
3008 Jean Lafitte Boulevard,
Westwego, LA 70094

| | |
|---|---|
| Date: May 16, 2022 | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| | /s/ Brian Loughnane<br>Matthew B. Harvey (No. 5186)<br>Joseph C. Barsalona II (No. 6102)<br>Brian Loughnane (No. 6853)<br>1201 N. Market St., 16th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: mharvey@morrisnichols.com<br>        jbarsalona@morrisnichols.com<br>        bloughnane@morrisnichols.com<br><br>*Counsel to Turnkey Offshore Project Services, LLC and Offshore Technical Solutions, LLC* |

– and –

**NALLEY, DEW, AND MINER, APLC**
A Professional Law Corporation
George J. Nalley, Jr. (admitted *Pro Hac Vice*)
2450 Seven Avenue
Metairie, LA 70001
Telephone: (504) 838-8188
Email: george@gnalley.com

– and –


**BOHMAN MORSE, LLC**
Martin S. Bohman (admitted *Pro Hac Vice*)
400 Poydra Street, Suite 2050
New Orleans, LA 70130
Telephone: (504) 930-4009
Facsimile: (888) 757-6899
Email: martin@bohmanmorse.com

*Counsel for Offshore Technical Solutions, LLC*