## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 21-11226-CTG |
| JAB ENERGY SOLUTIONS II, LLC § | |
| § | CHAPTER 11 |
| Debtor. § | |

### C-DIVE, L.L.C.'S NOTICE OF WITHDRAWAL OF ITS OBJECTION TO DEBTOR'S MOTION FOR APPROVAL OF THE PLAN TERM SHEET

NOW INTO COURT, through undersigned counsel, comes C-Dive, L.L.C. ("C-Dive") which files this Notice of Withdrawal of Its Objection to Debtor's Motion for Approval of the Plan Term Sheet (P-297) (the "Objection") and respectfully represents as follows:

1.

On July 27, 2022, JAB Energy Solutions II, LLC (the "Debtor" or "JAB") filed its Motion for Approval of the Plan Term Sheet (the "Motion") (P-278).

2.

On August 9, 2022, C-Dive filed its Objection to the Motion.

3.

The Official Committee of Unsecured Creditors filed its Statement in Support of Debtor's Motion for Approval of the Plan Term Sheet (P-295) on August 9, 2022.

4.

Counsel for the Debtor filed the Certification of Counsel Regarding Debtor's Motion for Approval of Term Sheet (P-296) with a proposed Order that addresses C-Dive's primary objection

and clarifies that "nothing in the Plan Term Sheet or this Order shall limit any rights of non-settling parties…" Accordingly, the Order clarifies that other parties' rights are protected. As a result, C-Dive withdraws its Objection.

5.

Counsel for C-Dive, Leann O. Moses, spoke with counsel for JAB, Laura Davis Jones, and advised her that this Notice would be filed. Ms. Moses also left a voice mail for Judicial Assistant Demitra Yaeger to notify her of same.

WHEREFORE, C-Dive, L.L.C. prays that this Honorable Court withdraw its Objection to the Debtor's Motion for Approval of the Plan Term Sheet and for such other and further relief as this Court deems proper.

Dated: August 10, 2022

Respectfully submitted:

  /s/ Peter J. Segrist
Robert S. Stassi (LA Bar #25259)
Peter J. Segrist (LA Bar #35314)
David J. Scotton (LA Bar #38889)
CARVER DARDEN KORETZKY TESSIER
FINN BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Facsimile: (504) 585-3801
stassi@carverdarden.com
segrist@carverdarden.com
scotton@carverdarden.com

*Counsel for C-Dive, L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Withdrawal of Objection to Motion for Approval of Plan Term Sheet* has been duly served upon those parties receiving electronic notification via the Court's CM/ECF System on this 10th day of August 2022.

    /s/ Peter J. Segrist
PETER J. SEGRIST

4891-5218-1293, v. 1