IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JAB Energy Solutions II, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11226 (CTG)<br><br>**Re: D.I. No. 286** |

**CERTIFICATE OF NO OBJECTION REGARDING
SIXTH APPLICATION OF LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD FOR COMPENSATION FOR SERVICES RENDERED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE
PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

The undersigned hereby certifies that he has received no answer, objection, or any other responsive pleading with respect to the *Sixth Application of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard For Compensation For Services Rendered as Counsel to the Official Committee of Unsecured Creditors, For The Period From June 1, 2022 Through June 30, 2022* [Docket No. 286] (the "Application").  The undersigned further certifies that he has reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon[1].  The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 72] (the "Interim Compensation Order") entered October 21, 2021, the Debtor is authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

---

[1] Pursuant to the Interim Compensation Order, parties have twenty (21) days after the date of service to object to the Application.

Dated: August 25, 2022

| | |
|---|---|
| **JOYCE, LLC** | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD** |
| */s/ Michael J. Joyce* | Benjamin W. Kadden, Esq.* |
| Michael J. Joyce (No. 4563) | Stewart F. Peck, Esq.* |
| 1225 King Street, Suite 800 | Alicia M. Bendana, Esq.* |
| Wilmington, Delaware 19801 | Coleman L. Torrans, Esq.* |
| Telephone: (302) 388-1944 | 601 Poydras St., Ste. 2775 |
| Email: mjoyce@mjlawoffices.com | New Orleans, Louisiana 70130 |
| | Telephone:    (504) 568-1990 |
| | Facsimile:    (504) 310-9195 |
| | Email:    bkadden@lawla.com |
| | speck@lawla.com |
| | abendana@lawla.com |
| | ctorrans@lawla.com |
| *Co-Counsel for the Official Committee of Unsecured Creditors* | * Admitted *Pro Hac Vice* |
| | *Co-Counsel for the Official Committee of Unsecured Creditors* |

# EXHIBIT A

**JAB ENERGY SOLUTIONS II, LLC**
**CASE NO. 21-11226 (CTG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| LWPR&H<br><br>[Docket No. 286] | 6/01/22 - 6/30/22 | $37,860.00 (Fees)<br><br>$7.67 (Expenses) | $30,288.00 (Fees @ 80%)<br><br>$7.67 (Expenses @ 100%) | 8/2/22 | 8/23/22 |