IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JAB Energy Solutions II, LLC,[1] | ) | Case No. 21-11226 (CGT) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: Docket No. 290** |
| | ) | |

**ORDER GRANTING SECOND QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH FEBRUARY 28, 2022**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Debtor and Debtor in Possession (the "Debtor") in the above-captioned case, filed its Second Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from December 1, 2021 through February 28, 2022 (the "Second Quarterly Application"). The Court has reviewed the Second Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Quarterly Application, and any hearing on the Second Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Second Quarterly Application. Accordingly, it is hereby

ORDERED that the Second Quarterly Application is GRANTED, on an interim basis. The Debtor in the above case shall pay to PSZ&J the sum of $358,971.50 as compensation for necessary professional services rendered, and actual and necessary expenses in

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.

the amount of $4,218.52 for a total of $363,190.02 for services rendered and disbursements incurred by PSZ&J for the period December 1, 2021 through February 28, 2022, less any amounts previously paid in connection with the monthly fee applications.

      ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 15th, 2022**
**Wilmington, Delaware**

      **CRAIG T. GOLDBLATT**
      **UNITED STATES BANKRUPTCY JUDGE**