# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| JAB Energy Solutions II, LLC[1] | Case No. 21-11226 (CTG) |
| Debtor. |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 8, 2022 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT

**The hearing will be held in-person in Judge Goldblatt's courtroom. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Appearances at in-person court proceedings using Zoom are allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Goldblatt's chambers to appear remotely, or (iv) other extenuating circumstances as determined by Judge Goldblatt. If you intend to appear via Zoom, you are required to obtain the Court's permission as set forth above and register in advance. The Court is asking all parties appearing via Zoom to register no later than November 7, 2022 at 4:00 p.m.**

**https://debuscourts.zoomgov.com/meeting/register/vJIsce2qqjgoH-P4uSB8AXF3_YkDsGj9Hdk**

**UNCONTESTED MATTER FOR WHICH A CNO HAS BEEN FILED:**

1. Debtor's Motion to Assume Executory Contract With Energen Resources Corporation [Filed: 10/25/22] (Docket No. 344)

   Response Deadline: November 1, 2022, at 4:00 p.m.

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Granting Debtor's Motion to Assume Executory Contract With Energen Resources Corporation [Filed: 10/25/22] (Docket No. 344, Exhibit A)

b. Certification of No Objection Regarding Debtor's Motion to Assume Executory Contract With Energen Resources Corporation [Filed: 11/2/22] (Docket No. 360)

Status:  No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

**CONFIRMATION HEARING:**

2. Combined Disclosure Statement and Plan of Liquidating of JAB Energy Solutions II, LLC Under Chapter 11 of the Bankruptcy Code [Filed: 8/25/22] (Docket No. 312)

Response Deadline:  October 20, 2022, at 4:00 p.m.

Responses Received:  No objections have been filed as of the date of this Notice of Agenda.  The Debtor received informal comments from the Office of the U.S. Trustee.

Related Documents:

a. [Signed] Order (I) Granting Interim Approval of Disclosures; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures and Confirmation of the Combined Plan, and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballot; and (V) Granting Related Relief [Filed: 9/13/22] (Docket No. 326)

b. Notice of (I) Interim Approval of Disclosures; (II) Hearing to Consider Confirmation of the Combined Plan; (III) Deadline for Filing Objection to Confirmation of the Combined Plan; (IV) Deadline for Voting on the Combined Plan; and (V) Bar Date for Filing Administrative Claims Established By the Combined Plan [Filed: 9/20/22] (Docket No. 331)

c. Notice of Filing of Plan Supplement with Respect to the Plan of Liquidation of JAB Energy Solutions II, LLC Under Chapter 11 of the Bankruptcy Code [Filed: 10/26/22] (Docket No. 347)

d. Certification of Stretto Regarding Tabulation of Votes in Connection with the Combined Disclosure Statement and Plan of Liquidating of JAB Energy Solutions II, LLC Under Chapter 11 of the Bankruptcy Code [Filed: 10/26/22] (Docket No. 348)

e.  Notice of Rescheduled Hearing to Consider Confirmation of the Combined Disclosure Statement and Plan of Liquidation of JAB Energy Solutions II, LLC Under Chapter 11 of the Bankruptcy Code [Filed: 10/28/22] ([Docket No. 349](#))

f.  Memorandum of Law in Support of Final Approval of Disclosure Statement and Plan of Liquidation of JAB Energy Solutions II, LLC Under Chapter 11 of the Bankruptcy Code (with proposed form of confirmation order attached) [Filed: 11/1/22] ([Docket No. 357](#))

g.  Declaration of Albert Altro in Support of Final Approval of Disclosure Statement and Plan of Liquidation of JAB Energy Solutions II, LLC Under Chapter 11 of the Bankruptcy Code [Filed: 11/1/22] ([Docket No. 358](#))

Status:  This matter will go forward.  All issues of the Office of the U.S. Trustee have been addressed with revisions to the proposed form of confirmation order and exhibits thereto.  The Debtor is not aware of any pending objections.  If the Court is inclined to enter the proposed form of confirmation order, no hearing would be necessary.

Dated:  November 3, 2022                **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Laura Davis Jones (DE Bar No. 2436)
Colin R. Robinson (Bar No. 5524)
Mary F. Caloway (Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
           crobinson@pszjlaw.com
           mcaloway@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*