IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JAB Energy Solutions II, LLC,[1] | ) | Case No. 21-11226 (CGT) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: Docket No. 355** |

**ORDER GRANTING THIRD QUARTERLY APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD
<u>FROM MARCH 1, 2022 THROUGH MAY 31, 2022</u>**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Debtor and Debtor in Possession (the "Debtor") in the above-captioned case, filed its Third Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from March 1, 2022 through May 31, 2022 (the "Third Quarterly Application"). The Court has reviewed the Third Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Third Quarterly Application, and any hearing on the Third Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Quarterly Application. Accordingly, it is hereby

ORDERED that the Third Quarterly Application is GRANTED, on an interim basis. The Debtor in the above case shall pay to PSZ&J the sum of $280,099.00 as compensation for necessary professional services rendered, and actual and necessary expenses in

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.

the amount of $1,850.00 for a total of $281,949.00 for services rendered and disbursements incurred by PSZ&J for the period March 1, 2022 through May 31, 2022, less any amounts previously paid in connection with the monthly fee applications.

    ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: December 1st, 2022**
**Wilmington, Delaware**

                 CRAIG T. GOLDBLATT
                 UNITED STATES BANKRUPTCY JUDGE