# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JAB Energy Solutions II, LLC[1] | ) | Case No. 21-11226 (CTG) |
| | ) | |
| Debtor. | ) | **Re: Docket No.: 312, 382** |
| | ) | |

## NOTICE OF (I) CONFIRMATION AND EFFECTIVE DATE OF THE COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF JAB ENERGY SOLUTIONS II, LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) DEADLINE UNDER THE PLAN AND CONFIRMATION ORDER TO FILE ADMINISTRATIVE CLAIMS, PROFESSIONAL FEE CLAIMS, AND REJECTION CLAIMS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Entry of Confirmation Order**. On November 8, 2022, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order Granting Final Approval of Disclosure Statement and Confirming Plan of Liquidation of JAB Energy Solutions II, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 382] (the "Confirmation Order") confirming the *Combined Disclosure Statement and Plan of Liquidation of JAB Energy Solutions II, LLC Under Chapter 11 of the Bankruptcy Code* [D.I. 312] (together with all exhibits thereto, and as may be amended, modified or supplemented, the "Plan")[2] in the chapter 11 case of the above-captioned debtor and debtor in possession (collectively, the "Debtor").

2. **Consent to the Effective Date of the Plan**. Pursuant to Section 8.4 of the Plan and the Confirmation Order, unless otherwise agreed to by the DIP Lender, the Allowed DIP Facility Claims were to be indefeasibly paid and satisfied in full in Cash by the Debtor or Reorganized Debtor on or before the Effective Date. Subject to receipt of a partial payment of the Allowed DIP Facility Claims, the DIP Lender consented to the occurrence of the Effective Date prior to payment and satisfaction in full of the Allowed DIP Facility Claims. The DIP Lender expressly reserves all rights, title and interest to the repayment of the remaining Allowed DIP Facility Claims.

3. **Effective Date of the Plan**. The Effective Date of the Plan is December 8, 2022.

4. **Administrative Expense Bar Date**. As provided for in Section 3.2 of the Plan and in the Confirmation Order, all requests for payment of an Administrative Claim must be filed with this Court

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Suite 324, Shenandoah, TX 77385.

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan.

1

and served on counsel to the Debtor, the Reorganized Debtor, the Liquidating Trustee and the Liquidating Trust, and counsel to the U.S. Trustee **no later than January 23, 2022 (the date that is forty-five (45) days after the Effective Date);** *provided*, *however*, that Persons that asserted administrative claims with a timely filed Proof of Claim do not need to file additional requests for payment of such Administrative Claims.

5. **Deadline to File Professional Fee Claims**. As provided for Section 8.3 of the Plan and in the Confirmation Order, all final applications for payment of the Professional Fee Claims must be filed with this Court and served on counsel to the Debtor, the Reorganized Debtor, the Liquidating Trustee, and the Liquidating Trust and such other Entities who are designated by the Bankruptcy Rules **no later than 4:00 p.m. prevailing Eastern Time on January 23, 2022 (the date that is forty-five (45) days after the Effective Date)**, unless otherwise ordered by this Court or such later date is agreed to by the Liquidating Trustee.

6. **Deadline to File Rejection Claims**. As provided for in Section 3.118 of the Plan and in the Confirmation Order, unless otherwise provided by a Bankruptcy Court order, any Proofs of Claim asserting Rejection Claims pursuant to the Plan or otherwise must be Filed with the Claims and Balloting Agent **within thirty (30) days after the earlier of (a) the Effective Date or (b) an order of the Bankruptcy Court approving such rejection.** Any Claims arising from the rejection of an executory contract or unexpired lease not filed within such time shall not be treated as an Allowed Claim for purposes of Distribution without the need for any objection by the Reorganized Debtor or Liquidating Trust or further notice to, or action, order or approval of the Bankruptcy Court. Allowed Claims arising from the rejection of the Debtor's executory contracts or unexpired leases shall be classified as General Unsecured Claims and shall be treated in accordance with Section 13 of the Plan, as applicable.

7. **Inquiries by Interested Parties**. Copies of the Confirmation Order and the Plan may be examined free of charge at https://cases.stretto.com/JABenergy. The Confirmation Order and Plan are also on file with the Bankruptcy Court and may be viewed by accessing the Bankruptcy Court's website at www.deb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at www.pacer.psc.uscourts.gov.

| | |
|---|---|
| Dated: December 8, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Colin R. Robinson*<br>Laura Davis Jones (DE Bar No. 2436)<br>Colin R. Robinson (DE Bar No. 5524)<br>Mary F. Caloway (DE Bar No. 3059)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>       crobinson@pszjlaw.com<br>       mcaloway@pszjlaw.com<br><br>*Counsel to the Debtor and Debtor in Possession* |