# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JAB Energy Solutions, II, LLC, | Case No. 21-11226 (CTG) |
| Reorganized Debtor. | Related Docket No. 426 |

## ORDER REGARDING TRUSTEE'S MOTION TO COMPEL
## THE TURNOVER OF CERTAIN BOOKS AND RECORDS

This matter, having come before the Court on the trustee's motion to compel the turnover of certain books and records (the "Motion"), and

Upon consideration of the parties' submissions, the arguments of counsel and the evidence presented, and for the reasons stated on the record at the June 21, 2023 hearing,

IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as further set forth on the record during the June 21, 2023 hearing.

Dated: June 21, 2023

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE